IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK, SHAMUS WATSON,            PLAINTIFFS
and WILLIAM CATLETT, each individually and
On behalf of All Others Similarly Situated

vs.            Case No. 2:22-cv-2153-PKH

WESTWIND AND ASSOCIATES, INC.            DEFENDANTS
and MARK ECCLESTON

## JOINT MOTION FOR EXTENSION OF DEADLINES AND TO AMEND THE SCHEDULING ORDER

Comes now, Plaintiffs, Darrell Buck, Shamus Watson and William Catlett ("Plaintiffs") and Defendants WestWind and Associates, Inc and Mark Eccleston ("Defendants") each by and through their undersigned counsel and for their Joint Motion For Extension of Deadlines and to Amend the Scheduling Order state:

1. This matter is set for a bench trial during the week of October 2, 2023. The Court has issued a Final Scheduling Order that establishes certain deadlines in this litigation (ECF No. 14).

2. The Parties move the Court jointly to extend certain deadlines and to amend the scheduling order. While the parties have been engaged in discovery there are significant discovery issues remaining while the discovery cut off is rapidly approaching.

3. As of the date of this Motion, Defendant's currently are seeking additional discovery from Plaintiffs, who are working to supplement their current production. Plaintiffs also

have served Defendants with discovery in this action which is currently pending and may require limited follow-up.

4. Plaintiffs depositions were scheduled in this litigation with Plaintiffs Shamus Watson and William Catlett to be deposed on July 3, 2023. Plaintiffs and Defendants counsel mutually agreed to Plaintiffs deposition dates. Watson's deposition occurred as scheduled and Plaintiff Darrell Buck's deposition is set to occur July 5, 2023. Plaintiff Catlett's deposition needs to be rescheduled and the Parties will work to do so as soon as practicable.

5. That the parties respectfully request the following deadline extensions:

    a. Discovery must be completed by August 5, 2023 (Currently July 5, 2023),

    b. All other motions, except motions in limine must be filed on or August 19, 2023 (currently July 18, 2023);

    c. The parties request the remaining deadline to remain in effect to the extent practicable.

6. That Defendant's counsel would like to bring to the Court's attention that he is expecting the birth of his first child the week this matter is currently set for trial and respectfully requests the right to seek a brief continuance at a time closer to trial should the need arise.

7. That the foregoing motion is made in good faith and not for delay or any improper purpose. The parties do not believe any prejudice would be suffered by any party if this Motion is granted. No brief is being filed herewith pursuant to Local Rule 7.2.

WHEREFORE, the Parties respectfully request their Joint Motion for Extension of Deadlines and to Amend the Scheduling Order be GRANTED.

Respectfully submitted,


Christopher J. Hooks, ABA #2020190
Robertson, Beasley, Shipley
 & Robinson, PLLC
 315 N. 7th Street
 Fort Smith, AR 72901
 479-782-8813
 479-785-0254 (fax)
 chooks@rbsr-attorneys.com
*Attorney for Defendants*


Josh Sanford
Daniel Ford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
daniel@sanfordlawfirm.com
*Attorneys for Plaintiffs*