IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DARRELL BUCK, SHAMUS WATSON,**  **PLAINTIFFS**
**and WILLIAM CATLETT, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.                    No. 2:22-cv-2153-PKH

**WEST WIND AND ASSOCIATES, INC.,**  **DEFENDANTS**
**and MARK ECCLESTON**

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO WILLIAM CATLETT ONLY

Plaintiffs, by and through their attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, for their Unopposed Motion for Voluntary Dismissal without Prejudice as to William Catlett Only, do allege and state as follows:

1. Plaintiffs filed their Original Complaint on September 23, 2022, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq.* against Defendants.

2. Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs should be allowed to voluntarily dismiss their claims against Defendants without prejudice.

3. Plaintiffs desire to voluntarily dismiss individual Plaintiff William Catlett, only, without prejudice.

4. Plaintiffs have conferred with Defendants regarding this Motion, and it is unopposed.

Page 1 of 2
Darrell Buck, et al. v. West Wind and Associates, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2153-PKH
**Unopposed Motion for Voluntary Dismissal Without Prejudice**
**as to William Catlett**

5. Plaintiffs hereby request that the Court dismiss the claims of William Catlett against Defendants without prejudice.

WHEREFORE, premises considered, Plaintiffs pray that this Court dismiss William Catlett without prejudice and for all good and proper relief to which they may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**DARRELL BUCK, SHAMUS WATSON, and WILLIAM CATLETT, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Darrell Buck, et al. v. West Wind and Associates, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2153-PKH
Unopposed Motion for Voluntary Dismissal Without Prejudice
as to William Catlett