IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DARRELL BUCK, and**                                                      **PLAINTIFFS**
**SHAMUS WATSON**

vs.                          Case No. 2:22-cv-2153-PKH

**WESTWIND AND ASSOCIATES, INC.**                     **DEFENDANT**
**and MARK ECCLESTON**

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Westwind and Associates, Inc., and Defendant, Mark Eccleston (collectively referred to as "Defendants") for their Motion for Summary Judgment state:

1. Plaintiffs Darrell Buck ("Buck") and Shamus Watson ("Watson") claim that the Defendants violated the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA") by misclassifying Buck and Watson (collectively the "Plaintiffs") as independent contractors. Plaintiffs seek alleged unpaid wages under the FLSA and AMWA. Plaintiff Darrell Buck has also asserted a retaliation claim under the FLSA. [1]

2. Westwind brought Plaintiff Buck on as an independent contractor in January 2021, where Buck performed plastic welding and bin repair work.

3. Westwind brought Plaintiff Watson on as an independent contractor in November 2020, where Watson initially performed plastic welding and bin repair work then later switched to plastic bin washer.

---

[1] Plaintiff William Catlett was dismissed from this lawsuit

4. Plaintiff Buck and Plaintiff Watson each signed agreements with Westwind which classified each of them as independent contractors and each Plaintiff acknowledged signing such agreements with Westwind.

5. Plaintiff Buck and Watson each filled out form W-9's identifying themselves as "individual/sole proprietor and certified under penalty of perjury they were not subject to backup withholding."

6. Each Plaintiff was paid by submitting invoices for their work during a workweek to Westwind.

7. Westwind issued each Plaintiff a Form 1099 each and every year the Plaintiffs provided contract labor to West Wind.

8. The Plaintiffs have the burden to plead and establish that they were "employees" under the FLSA and the AMWA and whether the Plaintiffs have met this burden is a legal determination for this Court to decide.

9. From a review of the pleadings, discovery responses, independent contractor agreements and deposition testimony, the Plaintiffs have not met their burden to establish they were employees under the FLSA and AMWA.

10. Even assuming they were employees for purposes of the FLSA and AMWA, the Plaintiffs cannot establish damages beyond speculation and cannot show they spent time working which went uncompensated.

11. Plaintiffs cannot establish individual defendant Mark Eccleston was an employer under the FLSA or AMWA.

12. In support of this Motion the Defendant incorporate and rely on the following:

a. Pleadings and motions filed to date, the independent contractor agreements, and Declarations attached hereto;

b. Noreen Eccleston's Declaration attached hereto as Ex.1

c. Mark Eccleston's Declaration attached hereto as Ex. 2;

d. Shamus Watson Independent Contractor Agreement, attached hereto as Ex.3;

e. Darrell Buck's Independent Contractor Agreement attached hereto as Ex. 4.

f. Plaintiff Shamus Watson's deposition testimony attached hereto as Ex. 5.

g. Plaintiff Darrell Buck's deposition testimony attached hereto as Ex. 6.

h. Signed Declaration of Donny Thatcher hereto as Ex. 7.

i. Signed Declaration of Andy Dulaney hereto as Ex. 8.

j. Signed Declaration of Chester Sanders hereto as Ex. 9.

k. Signed Declaration of Tim Thomas hereto as Ex. 10.

l. Tax documents of Darrell Buck attached hereto as Ex. 11.

m. Arkansas Department of Finance e-mail attached hereto as Ex. 12.

n. OSHA Complaint letter attached hereto as Ex. 13.

o. A statement of undisputed facts filed with this motion pursuant to Local Rule 56.1

p. A brief in support being filed contemporaneously with this motion.

WHEREFORE, premises considered, Defendants respectfully request this Court grant Defendants Motion for Summary Judgment, that Plaintiffs' Complaint be dismissed with prejudice and that the Court award any and all other relief to which it finds the Defendants so entitled.

Respectfully Submitted,

**WESTWIND & ASSOCIATES, INC & MARK ECCLESTON**

By: /s/ Christopher J. Hooks

Christopher J. Hooks, ABA #2020190
ROBERTSON, BEASLEY, SHIPLEY
& ROBINSON, PLLC
315 North 7TH Street
Fort Smith, AR 72901
Phone: (479) 782-8813
Fax: (479) 785-0254

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 14th day of August, 2023, a true and correct copy of the above and foregoing was sent via email to the following attorney of record:

Josh Sanford
Daniel Ford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
daniel@sanfordlawfirm.com
josh@sanfordlawfirm.com

By: /s/ Christopher J. Hooks
Christopher J. Hooks