IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK and
SHAMUS WATSON                                                    PLAINTIFFS

vs.                          Case No. 2:22-cv-2153-PKH

WESTWIND AND ASSOCIATES, INC.                                   DEFENDANTS
and MARK ECCLESTON

DECLARATION OF NOREEN ECCLESTON

I, Noreen Eccleston, declare the following under penalty of perjury:

1.  My name is Noreen Eccleston. I am a co-owner and secretary of West Wind and Associates, Inc ("West Wind") I have personal knowledge of the testimony in my declaration or rely upon business records created and maintained in the ordinary course of business by West Wind.

2.  Westwind is a domestic, for-profit corporation which is incorporated and has its principal place of business in the State of Arkansas.

3.  West Wind specializes in plastic welding and plastic bin repair. West Wind has a wide range of clients, including some of the world's largest food processors. Plastic welding and plastic bin repair requires technical skill as the welds and repairs must meet USDA quality standards. A person cannot come in off the street and immediately begin to perform this type of welding.

4.  Prior to bringing an individual on to perform contract labor, an interested individual must display certain skill sets and display competency in plastic welding and bin repair.



5. If West Wind determines that an individual has the skill necessary to perform plastic bin welds and repair work, it is common practice to have said individual sign an Independent Contractor agreement with West Wind. These agreements would be signed prior to any individual providing services or labor for West Wind. It was also common practice for West Wind to have contractor laborers fill out W-9 forms as well.

6. Darrell Buck ("Buck") executed an independent contractor agreement with West Wind on January 12, 2021. After executing this agreement, Buck began providing plastic welding and plastic bin repair contract labor to West Wind. Buck started providing his contract labor services to West Wind in January 2021. Buck stopped providing contract labor services in August 2022. West Wind parted ways with Buck due to Buck's volatile behavior in the workplace and due to his chronic lack of dependability and constant complaints about West Wind. On many occasions I would come into the facility after hearing Buck screaming at other independent contractors.

7. Shamus Watson ("Watson") executed an independent contractor agreement with West Wind on November 18, 2020. After executing this agreement Watson began providing plastic welding and bin repair work to West Wind. Watson started providing his contract labor services to West Wind in November 2020. In early 2021, Watson began providing pressure washing services for West Wind. Watson stopped providing contract labor services in July 2022.

8. The independent contractor agreements executed by Darrell Buck and Shamus Watson provided West Wind shall not be responsible for withholding taxes with respect to the contractor's compensation hereunder.

9. The independent contractor agreements executed by Darrell Buck and Shamus Watson also provided that they would have no claim against the company hereunder or otherwise for

vacation pay, sick leave, retirement benefits, social security, worker's compensation, health or disability benefits, unemployment benefits or employee benefits of any kind.

10. Darrell Buck and Shamus Watson submitted form W-9s to West Wind prior to providing contract labor for West Wind. Watson submitted a form W-9 to West Wind on November 18, 2020. Darrell Buck submitted a form W-9 to West Wind on January 12, 2020. True and correct copies of these forms are attached (with appropriate redactions) as **Ex. A.**

11. West Wind operates out of a 6,750 square foot facility where West Wind performs plastic bin welding and repair work. The facility is open for business Monday- Friday from 6:00 A.M. to 2:30 P.M. Each worker is given a thirty-minute lunch break. I arrive at 5:45 A.M. at the facility to open the doors to allow contract laborers access to the facility. I would lock the door to the facility shortly after 2:30 P.M. each workday. I would not stay at the facility throughout the workday. Independent contractors each had their own workstations where they performed their work.

12. West Wind provides clean clothes to independent contractors. These clean clothes are typically blue jeans and a button up shirt, but the workers choose what type of clothes they prefer and are changed into at the facility.

13. Independent contractors, if they were at the facility for the full amount of time West Wind was open for business could work forty hours in a work week. However, most independent contractors, including Darrell Buck and Shamus Watson would show up late, be absent or leave early to where they would not work forty hours in a work week. Upon review of business records, I never observed Darrell Buck or Shamus Watson work more than forty hours in any given work week during their time providing contract labor to West Wind.

14. There is a calendar in the facility where it would be noted when an independent contractor was absent, tardy, or when an independent contractor left early on days West Wind was open for business. These calendars are maintained by West Wind. Darrell Buck and Shamus Watson were frequently absent or tardy during business hours and they frequently left early. After reviewing the calendars, from the time Darrell Buck began providing contract labor to West Wind to the time he stopped, he was absent on twenty-eight (28) work days. Darrell Buck left early or was tardy eighty-three (83) times during the time period where he provided contract labor. From the time Shamus Watson began providing contract labor to West Wind to the time he stopped, he was absent thirty-two (32) times. Shamus Watson left early or was tardy one hundred and eleven (111) times during the time period he provided contract labor. Buck and Watson were never punished for their absences, tardiness or leaving early.

15. There are no set schedules for independent contractors during business hours. Independent contractors were free to select and choose which bins they would wash, weld or repair. Independent contractors are not given a specific list or order in which bins must be washed or repaired. Independent contractors are also not given a quota or told they must repair, wash or weld a certain number of bins on any given day.

16. Independent contractors would submit weekly invoices to receive payment. On these invoices, independent contractors were responsible for recording how many bins they washed, welded or repaired in any given week.

17. Independent contractors would be compensated based on the number of bins they washed, repaired or welded. The greater the number of bins washed, repaired or welded, and the more efficient workers were, the greater the opportunity for independent contractors to earn more

money in any given week. West Wind did not control how productive plaintiffs were in performance of their work.

18. On Friday, at the end of each work week, I would review the invoices provided by the independent contractors for accuracy and then issue a check to the independent contractors from a West Wind bank account for contract labor provided during the prior work week.

19. Since they were independent contractors, West Wind issued Form 1099's to Buck and Watson for each tax year they provided contract labor to West Wind. West Wind paid Watson $2,706 in 2020, $29,756.95 in 2021 and $14,465.25 in 2022. West Wind paid Darrell Buck $29,231.70 in 2021 and $17,341.50 in 2022.

20. West Wind does not prevent independent contractors who provide contract labor to West Wind from working for other entities or individuals. West Wind only requires independent contractors to keep confidential business trade secrets developed by West Wind.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _10th_ day of August 2023, in _Greenwood, AR_.

Noreen Eccleston

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
Darren Edward Buck

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☑ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ..........

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
1878 County Line Rd.

City, state, and ZIP code
Booneville, AR  72927

List account number(s) here (optional)

Requester's name and address (optional)
West-Wind & Assoc., Inc
9825 East Hwy 252
Greenwood, AR  72926

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

██████████

**Employer identification number**

| 7 | 1 | – | 0 | 6 | 5 | 2 | 9 | 1 | 6 |
|---|---|---|---|---|---|---|---|---|---|

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**

Signature of U.S. person ▶ Darren Buck

Date ▶ 1/12/2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)



Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
Shamus walter wafson

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ........................

☐ Exempt payee

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)
448 west powell st

City, state, and ZIP code
magazine Ar 72943

Requester's name and address (optional)
West Wind & Assoc., Inc
9825 East Hwy 252
Greenwood, AR 72926

List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

| 7 | 1 | | 0 | 6 | 5 | 2 | 9 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|

**Part II   Certification**

Under penalties of perjury, I certify that:

1  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3  I am a U.S. citizen or other U.S. person (defined below).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶

Date ▶ 11/18/2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)