IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK and
SHAMUS WATSON

PLAINTIFFS

vs.  Case No. 2:22-cv-2153-PKH

WESTWIND AND ASSOCIATES, INC.
and MARK ECCLESTON

DEFENDANTS

## DECLARATION OF MARK ECCLESTON

I, Mark Eccleston, declare the following under penalty of perjury;

1. My name is Mark Eccleston. I am President and co-owner of West Wind and Associates, Inc ("West Wind"). I have personal knowledge of the testimony in my declaration, and I have relied upon business records created and maintained in the ordinary course of business by West Wind.

2. I am no longer involved in the day-to-day operations of West Wind. I have not been involved in the day-to-day operations of West Wind for approximately the last three (3) years.

3. During the time frame relevant to this litigation my wife, Noreen Eccleston, handled the day-to-day operations, financial affairs and pay practices of West Wind.



EXHIBIT 2

4. I did not personally supervise Darrell Buck or Shamus Watson or any other plastic bin welders or plastic bin washers at any time relevant to this litigation. Rather, I periodically appear in the facility where West Wind operates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of August 2023, in Greenwood AR, Arkansas.

_____
Mark Eccleston