## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**DARRELL BUCK and**
**SHAMUS WATSON**                                                      **PLAINTIFFS**

     vs.                                 **Case No. 2:22-cv-2153-PKH**

**WESTWIND AND ASSOCIATES, INC.**                        **DEFENDANTS**
**and MARK ECCLESTON**

### DECLARATION OF DONNY THATCHER

I, Donny Thatcher, declare the following under penalty of perjury:

1. My name is Donny Thatcher. I work for West Wind and Associates, Inc (West Wind). I have personal knowledge of the testimony in my Declaration.

2. I have worked for West Wind for approximately 8 years, beginning in 2015. I started as a plastic bin washer and now generally do maintenance work for West Wind and Associates, Inc. During my time at West Wind, I have also performed a little bit of welding.

3. From the time I started working for West Wind, to the present, the hours of operation have been 6:00AM-2:30PM, Monday through Friday.

4. To get to West Wind's facility workers must pass through a gate and drive roughly half a mile down a dirt road before arriving at West Wind's SHOP where work is performed.

5. I am the first individual to arrive at the shop and I unlock the gate between 5:15AM-5:30AM, each morning that West Wind is open for business. I have been the worker who opens the gate for approximately the last 6 years which leads to West Wind's shop.



6. After opening the gate, I would drive to West Wind's shop and park. Noreen or Mark Eccleston would typically open the doors to the shop around 5:45AM, each morning that West Wind was in business.

7. I do not recall Darrell Buck or Shamus Watson ever waiting on me to open the gate to get to West Wind's shop. The only people I ever met waiting at the gate were truck drivers who were delivering products to West Wind's facility. I never recall Shamus Watson or Darrell Buck ever waiting outside of West Wind's shop with me prior to Noreen or Mark opening the shop door to begin the workday. I recall Darrell Buck and Shamus Watson frequently arriving after 6:00AM at the shop on days West Wind was in operation.

8. During my time as a plastic washer, I worked directly beside Shamus Watson. Shamus was inconsistent with his work; on some days he would do a good job and on other days he would hardly work at all.

9. Shamus Watson also frequently missed work on Mondays and became nick named "Monday" When Shamus Watson missed, I had more work to do to pick up his slack. Tim Thomas and Chester Sanders were typically the second or third people to arrive at the shop after me on any given morning.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _10th_ day of August 2023, in _Greenwood, AR,_ .

Donny Thatcher
Donny Thatcher