IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK and
SHAMUS WATSON                                                    PLAINTIFFS

vs.                        Case No. 2:22-cv-2153-PKH

WESTWIND AND ASSOCIATES, INC.                                    DEFENDANTS
and MARK ECCLESTON

## DECLARATION OF ANDY DULANEY

I, Andy Dulaney, declare the following under penalty of perjury:

1. My name is Andy Dulaney. I am Chief Financial Officer of West Wind and Associates, Inc. (West Wind). I have personal knowledge of the testimony in my declaration will rely upon business records created and maintained in the ordinary course of business by West Wind. I was hired as Chief Financial Officer at West Wind in October 2022. I previously served as Operations Manager at Lamar Advertising located in Fort Smith, AR. As Chief Financial Officer my job duties include running day-to-day operations, handling the logistics of incoming and outgoing shipments and invoicing and billing matters. In my capacity as Chief Financial Officer I have an office located within the facility of plastic welding and bin repair occurs. Since my time at West Wind I have observed and become familiar with the daily operations at Westwind.

2. West Wind provides a service to their workers wherein workers are provided clean clothes, typically blue jeans and a button-down shirt at West Winds facility. The cost of these clothes is not deducted from workers' pay, and it is provided free of charge. The cost of this service to West Wind is roughly $25-$30 per worker per week.



3. Workers who are given uniforms do not have to wear any special protective gear.

4. West Wind provides this optional complimentary clothing service to its workers because some workers live in rural areas, without electricity or running water.

5. Workers typically change in their clothes upon arrival at West Winds facility. During my time at West Wind I have observed how long it takes workers to change into their clean clothes, which are typically jeans and a button down shirt. It usually takes workers 3-5 minutes to change into their clean clothes and sanitize.

6. These clean clothes are provided to West Winds workers for their benefit, as some workers do not have the availability or means to wash clothes at their personal residences.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of August 2023, in Greenwood, AR.

Andy Dulaney