IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK and
SHAMUS WATSON                                                      PLAINTIFFS

vs.                    Case No. 2:22-cv-2153-PKH

WESTWIND AND ASSOCIATES, INC.                                      DEFENDANTS
and MARK ECCLESTON

### DECLARATION OF CHESTER SANDERS

I, Chester Sanders, declare the following under penalty of perjury:

1. My name is Chester Sanders. I am a plastic welder for Westwind and Associates, Inc. ("Westwind"). I have personal knowledge of the testimony in my declaration or rely upon business records created and maintained in the ordinary course of business by Westwind.

2. I have worked for Westwind as a plastic welder for approximately the last seven (7) years. Westwind hours of operations are from 6:00 am to 2:30 pm, Monday through Friday. I typically arrive at Westwind's facility between 5:30 to 5:45 am on any given workday. I am usually the third one to arrive at Westwind's shop after Donnie Thatcher and Tim Thomas.

3. Shortly after I arrive at the shop, Mark or Noreen Eccleston will open the shop doors allowing us to get into the shop where we work. After entering the shop, we typically would change into blue jeans and a button-down shirt which are provided by Westwind. It usually takes us two (2) to three (3) minutes to change into these clean clothes and sanitize.



EXHIBIT 9

4. During my time at Westwind, I began to notice several workers, including Darrell Buck and Shamus Watson, start cheating on their production entries. These individuals would frequently show up late or leave work early but this loss of production was not reflected on their invoices which were submitted to Westwind at the end of the work week. After observing this, I put up a calendar where I or Tim Thomas would write down and record who showed up late to work, who is absent from work and who left early in any given work week.

5. I instituted this calendar because I did not like to see Noreen Eccleston and Westwind get cheated on time and taken advantage of. My workspace is on the front row of Westwind's facility. From my workspace I could see who showed up late, left early, or was absent. Beside my workspace was a clock. When individuals arrived late, left early or were absent I would look at the clock and then write the individual's name on the calendar for any particular workday they were absent, late or left early. If a worker showed up late or left early, they had to walk by my workstation. Tim Thomas or myself would write down and record this information on the calendars. During my time at Westwind, Darrell Buck was frequently absent, late, or left early from work.

6. During my time at Westwind, I frequently observed Shamus Watson trying to leave early and he also frequently showed up late and/or was absent. Both Shamus Watson and Darrell Buck frequently would not arrive until right at 6:00 am or later on any given workday. I do not recall Darrell Buck or Shamus Watson arriving at the shop at 5:30 am or 5:45 am.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10 day of August 2023, in Greenwood AR.

Chester Sanders