IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK and
SHAMUS WATSON                                               PLAINTIFFS

vs.                      Case No. 2:22-cv-2153-PKH

WESTWIND AND ASSOCIATES, INC.                               DEFENDANTS
and MARK ECCLESTON

## DECLARATION OF TIM THOMAS

I, Tim Thomas, declare the following under penalty of perjury:

1. My name is Tim Thomas. I am a plastic welder for Westwind and Associates, Inc. ("Westwind"). I have personal knowledge of the testimony in my declaration.

2. I have worked for Westwind since May 2019. Westwind is open for business from 6:00 am to 2:30 pm Monday through Friday. I would typically arrive at Westwind shop around 5:40 to 5:45 am. Donny [sp?] Thatcher and Chester Sanders typically arrived before me at the shop. I was typically the third person to get to the shop.

3. I do not recall Shamus Watson or Darrell Buck ever arriving prior to me at Westwind shop.

4. During my time at Westwind, Shamus Watson and Darrell Buck would frequently miss work, would be absent or late from work. Around the shop, Shamus Watson would develop


EXHIBIT 10

the nickname, "Mondays". Shamus Watson was called this because he frequently was late to work on Mondays or was all together absent on Mondays.

5. At some point during my time at Westwind, Chester Sanders put up a calendar to track who was late, who left early, or who was altogether absent on any given workday.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of August 2023, in Greenwood, AR.

Tim Thomas