# 2021 AR1000F
## ARKANSAS INDIVIDUAL INCOME TAX RETURN
### Full Year Resident

**AR1**

Jan. 1 - Dec. 31, 2021 or fiscal year ending _____, 20_____

**CHECK BOX IF AMENDED RETURN** [ ]

**Software ID:** TURBOTAX

| Field | Value |
|---|---|
| Primary's Legal First Name | DARRELL |
| MI | E |
| Last Name | BUCK |
| Check if Deceased | [ ] |
| Primary's Social Security Number | [redacted] |
| Spouse's Legal First Name | |
| MI | |
| Last Name | |
| Check if Deceased | [ ] |
| Spouse's Social Security Number | |

Mailing Address: 1878 County Line Rd
City: Booneville
State or Province: AR
Zip: 729276597

Check if address is outside U.S. [ ]
Foreign Country Name: 

Filing Status:
1. [ ] Single (Or widowed before 2021 or divorced at the end of 2021)
2. [ ] Married Filing Joint (Even if only one had income)
3. [ ] Head of Household (See instructions). If the qualifying person was your child, but not your dependent, enter child's name here: _____
4. [ ] Married Filing Separately on the Same Return
5. [X] Married Filing Separately on Different Returns. Enter spouse's name here and SSN above: Hollie M Williams
6. [ ] Qualifying Widow(er) with dependent child. Year spouse died: _____

[ ] Check here if you want a tax booklet mailed to you next year.
[ ] Check this box if you have filed a state extension or an automatic federal extension

**7A.**
- [X] Yourself    [ ] 65 or Over    [ ] 65 Special    [ ] Blind    [ ] Deaf    [ ] Head of Household/ Qualifying Widow(er) (Filing Status 3 Only) (Filing Status 6 Only)
- [ ] Spouse      [ ] 65 or Over    [ ] 65 Special    [ ] Blind    [ ] Deaf

Multiply number of boxes checked..................... 7A | 1 | X $29 = | $29

**Dependents (Do not list yourself or spouse)**

| First and Last Name | Dependent's Social Security Number | Dependent's relationship to you |
|---|---|---|
| Cody Sum | 606611918 | SON |
| Gracelynn Sum | 614817230 | DAUGHTER |
| Paisley Buck | 701470709 | DAUGHTER |

**7B.** Multiply number of DEPENDENTS added in the table from above ............ 7B | 3 | X $29 = | $87
**7C.** First name of Qualifying Individuals from AR1000RC5: (See Instructions) _____ 7C | 0 | X $500 = | $
**7D.** TOTAL PERSONAL TAX CREDITS: (Add Lines 7A, 7B, and 7C. Enter total here and on Line 34) ... 7D | $116

| DL# / State ID | 943506383 | Your State | AR | Issue Date (mm/dd/yyyy) | 12/4/2018 | Expiration Date (mm/dd/yyyy) | 11/15/2027 |
| DL# / State ID | | Spouse State | | Issue Date (mm/dd/yyyy) | 12/31/9999 | Expiration Date (mm/dd/yyyy) | 12/31/9999 |

**DIRECT DEPOSIT?** If your deposit will be ultimately placed in a foreign account check the box. [ ]

Routing Number 1: _____   Account Number 1: _____   [ ] Checking or [ ] Savings   Direct deposit 1 Amt $_____
Routing Number 2: _____   Account Number 2: _____   [ ] Checking or [ ] Savings   Direct deposit 2 Amt $_____

**PLEASE SIGN HERE:** Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

[ ] We will no longer automatically mail 1099-G forms. Instead, we ask that you get this information from our website (www.atap.arkansas.gov). Check the box if you still want us to mail you a paper Form 1099-G next year.

Primary's Signature | Date | Telephone
Spouse's Signature | Date | Telephone

May the Arkansas Revenue Agency discuss this return with the preparer of the return? [ ] Yes [ ] No

Paid Preparer's Signature | PTIN/ID Number
E-mail | City/ State/ Zip | Telephone

**For Department Use Only** A

**EXHIBIT 11**

ROUND ALL AMOUNTS TO WHOLE DOLLARS

| Line | Description | | (A) Primary/Joint Income | (B) Spouse's Income Status 4 Only |
|---|---|---|---|---|
| 8. | Wages, salaries, tips, etc: (Attach W-2s) | 8 | $ | $ |
| 9. | Military Pay: Primary $ _____ Spouse $ _____ | 9 | | |
| 10. | Interest income: (If over $1,500, attach AR4) | 10 | $ | $ |
| 11. | Dividend income: (If over $1,500, attach AR4) | 11 | $ | $ |
| 12. | Alimony and separate maintenance received | 12 | $ | $ |
| 13. | Business or professional income: (Attach federal Schedule C) | 13 | $20,854 | $ |
| 14. | Capital gains/(losses) from stocks, bonds, etc: (See Instr. Attach Schedule D) | 14 | $ | $ |
| 15. | Other gains/(losses): (Attach federal Form 4797 and/or AR4684 if applicable) | 15 | $ | $ |
| 16. | Non-Qualified IRA distributions and taxable annuities: (Attach All 1099Rs) | 16 | $ | $ |
| 17. | Military retirement: Primary $ _____ Spouse $ _____ | | | |
| 18A. | Primary employer pension plan(s)/Qualified IRA(s): (See Instructions - Attach All 1099Rs) Gross Distribution $ _____ Taxable Amount $ _____ Less $6,000 | 18A | $ | |
| 18B. | Spouse's Employer pension plan(s)/Qualified IRA(s): (See Instructions. Attach all 1099Rs) Gross Distribution $ _____ Taxable Amount $ _____ Less $6,000 | 18B | $ | $ |
| 19. | Rents, royalties, partnerships, estates, trusts, etc: (Attach federal Schedule E) | 19 | $ | $ |
| 20. | Farm income: (Attach federal Schedule F) | 20 | $ | $ |
| 21. | Unemployment (Attach 1099-G) | 21 | $ | $ |
| 22. | Other income/depreciation differences: (Attach Form AR-OI) | 22 | $ | $ |
| 23. | TOTAL INCOME: (Add Lines 8 through 22) | 23 | $20,854 | $ |
| 24. | TOTAL ADJUSTMENTS: (Attach Form AR1000ADJ) | 24 | $ | $ |
| 25. | ADJUSTED GROSS INCOME (Subtract Line 24 from Line 23) | 25 | $20,854 | $ |
| 26. | Select tax table: (Select only one) | 26 | | |
| 27. | ☐ Low Income table ($0), For low Income qualifications see line 26 instructions<br>☐ Standard Deduction ($2,200 or $4,400 for filing status 2 only)<br>☒ Itemized Deductions (Attach AR3) | 27 | $ | $ |
| 28. | NET TAXABLE INCOME (Subtract Line 27 from Line 25) | 28 | $20,854 | $ |
| 29. | TAX: (Enter tax from tax table) | 29 | $461 | $ |
| 30. | Combined tax: (Add amounts from Line 29, Columns A and B) | 30 | | $461 |
| 31. | Enter tax from Lump Sum Distribution Averaging Schedule: (Attach AR1000TD) | 31 | | $ |
| 32. | Additional tax on IRA and qualified plan withdrawal and overpayment: (Attach federal Form 5329, if required) | 32 | | $ |
| 33. | NET TAX: (Add Lines 30 through 32) | 33 | | $461 |
| 34. | Personal Tax Credit(s) (Enter total from Line 7D) | 34 | $116 | |
| 35. | Child Care Credit (20% of federal credit allowed; Attach federal Form 2441) | 35 | $ | |
| 36. | Other Credits: (Attach AR1000TC) | 36 | $ | |
| 37. | TOTAL CREDITS: (Add Lines 34 through 36) | 37 | | $116 |
| 38. | NET TAX: (Subtract Line 37 from Line 33. If Line 37 is grater than Line 33, enter 0) | 38 | | $345 |
| 39. | Arkansas income tax withheld (Attach state copies of W-2 and/or 1099R, W2-G) | 39 | $ | |
| 40. | Estimated tax paid or credit brought forward from 2020 | 40 | $ | |
| 41. | Payment made with extension: (See Instructions) | 41 | $ | |
| 42. | AMENDED RETURNS ONLY- Previous payments: (See instructions) | 42 | $ | |
| 43. | Early childhood program: Certification Number: _____ (20% of federal credit; Attach federal Form 2441 and Form AR1000EC) | 43 | $ | |
| 44. | TOTAL PAYMENTS: (Add Lines 39 through 43) | 44 | | $ |
| 45. | AMENDED RETURN ONLY- Previous refund: (See Instructions) | 45 | | $ |
| 46. | Adjusted Total Payments: (Subtract Line 45 from Line 44) | 46 | | $ |
| 47. | AMOUNT OF OVERPAYMENT/ REFUND: (If Line 46 is greater than Line 38, enter difference) | 47 | | $ |
| 48. | Amount to be applied to 2022 estimated tax | 48 | $ | |
| 49. | Amount of Check-off Contributions (Attach Schedule AR1000-CO) | 49 | $ | |
| 50. | AMOUNT TO BE REFUNDED TO YOU: (Subtract Lines 48 and 49 from Line 47) REFUND | 50 | | $ |
| 51. | AMOUNT DUE: (If Line 46 is less than Line 38, enter difference; if over $1,000, continue to 52A) TAX DUE | 51 | | $345 |
| 52A. | UEP: Attach Form AR2210 or AR2210A. If required, enter exception in box 52A [0] Penalty 52B | | $ | |
| 52C | Add Lines 51 and 52B: (See Instructions) TOTAL DUE: | 52C | | $345 |

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - Production | DLN: X0731306368 |

# SCHEDULE C (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)
▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
**2021**
Attachment Sequence No. 09

**Name of proprietor:** DARRELL E BUCK

**Social security number (SSN):** [redacted]

**A** Principal business or profession, including product or service (see instructions): Plastic Welding

**B** Enter code from instructions ▶ 811310

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN)/(see instr.)

**E** Business address (including suite or room no.) ▶ 1878 County Line Rd
City, town or post office, state, and ZIP code: Booneville, AR 729276597

**F** Accounting method: (1) ☑ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses    ☑ Yes ☐ No

**H** If you started or acquired this business during 2021, check here . . . . . . . . . . . . . ▶ ☑

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? (see instructions)    ☐ Yes ☑ No

**J** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  ▶ ☐ | 1 | 29,232 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 29,232 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 29,232 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 29,232 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 6,202 | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 700 | 21 Repairs and maintenance | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | 300 |
| | | | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 Utilities | 25 | 1,176 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | | b Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | | | | 28 | 8,378 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | 20,854 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.  • If a profit, enter on both **Schedule 1 (Form 1040), line 3** and on **Schedule SE, line 2**. (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**.  • If a loss, you **must** go to line 32. | | | | 31 | 20,854 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).  • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3** and on **Schedule SE, line 2**. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**.  • If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited. | | | | 32a ☐ All investment is at risk.  32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**    Cat. No. 11334P    Schedule C (Form 1040) 2021

Schedule C (Form 1040) 2021 Page **2**

**Part III  Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:
  a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . | 35 |

36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | 36 |

37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . | 37 |

38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . | 38 |

39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |

40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . | 40 |

41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . | 41 |

42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | 42 |

**Part IV  Information on Your Vehicle.**
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:
  **a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . ☐ Yes ☐ No
46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . ☐ Yes ☐ No
47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . ☐ Yes ☐ No
  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------
------------------------------------------------------------

48  **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . | 48 |

Schedule C (Form 1040) 2021

**Additional Data**                                                                          Return to Form

**Software ID:**
**Software Version:**

# 2022 AR1000NR
## ARKANSAS INDIVIDUAL INCOME TAX RETURN
### Nonresident and Part Year Resident

**CHECK BOX IF AMENDED RETURN** [ ]

**NR1**

Software ID: TURBOTAX

| Field | Value |
|---|---|
| Primary's Legal First Name | Darrell |
| MI | E |
| Last Name | Buck |
| Check if Deceased | [ ] |
| Primary's Social Security Number | [redacted] |
| Spouse's Legal First Name | Hollie |
| MI | M |
| Last Name | Williams |
| Check if Deceased | [ ] |
| Spouse's Social Security Number | [redacted] |

Mailing Address: 1613 Simeonof St
City: Kodiak
State or Province: AK
Zip: 996156576

Check if address is outside U.S. [ ]
Foreign Country Name: ___

**ATTACH PAGE 1 AND 2 OF YOUR FEDERAL RETURN**

NONRESIDENT: (List State of residence) ___

[X] PART YEAR RESIDENT: Dates Lived in AR: From: ___ To: ___

[ ] We will no longer automatically mail 1099-G forms. Instead, we ask that you get this information from our website (www.atap.arkansas.gov). Check the box if you still want us to mail you a paper Form 1099-G next year.

[ ] Check here if you want a tax booklet mailed to you next year.

[ ] Check this box if you have filed a state extension or an automatic federal extension

| | DL# / State ID | Your State | Issue Date (mm/dd/yyyy) | Expiration Date (mm/dd/yyyy) |
|---|---|---|---|---|
| | 943506383 | AR | 12/2/2020 | 11/15/2027 |
| | 940623159 (Spouse) | AR | 12/2/2020 | 7/27/2027 |

1. [ ] Single (Or widowed before 2022 or divorced at the end of 2022)
2. [X] Married Filing Joint (Even if only one had income)
3. [ ] Head of Household (See instructions) If the qualifying person was your child, but not your dependent, enter child's name here: ___
4. [ ] Married Filing Separately on the Same Return
5. [ ] Married Filing Separately on Different Returns Enter spouse's name here and SSN above ___
6. [ ] Qualifying Widow(er) with dependent child Year spouse died: (See instructions) ___

**7A.**
- [X] Yourself  [ ] 65 or Over  [ ] 65 Special  [ ] Blind  [ ] Deaf
- [X] Spouse   [ ] 65 or Over  [ ] 65 Special  [ ] Blind  [ ] Deaf
- [ ] Head of Household/ Qualifying Widow(er) (Filing Status 3 Only)  (Filing Status 6 Only)

Multiply number of boxes checked.......... 7A  [2]  X $29 = $58

**Dependents (Do not list yourself or spouse)**

| First and Last Name | Dependent's Social Security Number | Dependent's relationship to you |
|---|---|---|
| Cody Sum | 606611918 | SON |
| Gracelynn Sum | 614817230 | DAUGHTER |
| Paisley Buck | 701470709 | DAUGHTER |

7B. Multiply number of DEPENDENTS added in the table from above .......... 7B [3] X $29 = $87

7C. First name of Qualifying Individuals from AR1000RC5: (See Instructions) ___ 7C [0] X $500 = $

7D. **TOTAL PERSONAL TAX CREDITS:** (Add Lines 7A, 7B, and 7C. Enter total here and on Line 34) .......... 7D $145

| | ROUND ALL AMOUNTS TO WHOLE DOLLARS | | (A) Primary/Joint Income | (B) Spouse's Income | (C) Arkansas Income Only |
|---|---|---|---|---|---|
| 8. | Wages, salaries, tips, etc: **(Attach W-2s)** ............................................. | 8 | $21,852 | $ | $544 |
| 9. | Military pay: Primary $_____ Spouse $_____ | 9 | | | |
| 10. | Interest income: **(If over $1,500, attach AR4)** ........................................ | 10 | $ | $ | $ |
| 11. | Dividend income: **(If over $1,500, attach AR4)** ....................................... | 11 | $ | $ | $ |
| 12. | Alimony and separate maintenance received ........................................... | 12 | $ | $ | $ |
| 13. | Business or professional income: **(Attach federal Schedule C)** .............. | 13 | -$451 | $ | $4,272 |
| 14. | Capital gains/(losses) from stocks, bonds, etc. (See Instr. Attach Schedule D) | 14 | $ | $ | $ |
| 15. | Other gains/(losses): **(Attach federal Form 4797 and/or AR4684 if applicable)** | 15 | $ | $ | $ |
| 16. | Non-Qualified IRA distributions and taxable annuities: **(Attach All 1099Rs)** | 16 | $ | $ | $ |
| 17. | Military retirement: Primary $_____ Spouse $_____ | | | | |
| 18A. | Primary employer pension plans(s)/qualified IRA(s): **(Attach all 1099Rs)** Gross Distribution $_____ Taxable Amount $_____ Less $6,000 | 18A | $ | | $ |
| 18B. | Spouse Employer pension plan(s)/Qualified IRA(s): **(Attach all 1099Rs)** Gross Distribution $_____ Taxable Amount $_____ Less $6,000 | 18B | $ | $ | $ |
| 19. | Rents, royalties, partnerships, estates, trusts, etc: **(Attach federal Schedule E)** | 19 | $ | $ | $ |
| 20. | Farm income: **(Attach federal Schedule F)** ............................................. | 20 | $ | $ | $ |
| 21. | Unemployment **(Attach 1099-G)** ............................................................ | 21 | $ | $ | $ |
| 22. | Other income/depreciation differences: **(Attach Form AR-OI)** .............. | 22 | $ | $ | $ |
| 23. | **TOTAL INCOME:** (Add Lines 8 through 22) .......................................... | 23 | $21,401 | $ | $4,816 |
| 24. | **TOTAL ADJUSTMENTS:** (Attach Form AR1000ADJ) ............................ | 24 | $7,475 | $ | $ |
| 25. | **ADJUSTED GROSS INCOME** (Subtract Line 24 from Line 23) ........... | 25 | $13,926 | $ | $4,816 |
| 26. | Select tax table: (Select only one) | 26 | | | |
| 27. | [X] Low Income table ($0), For low income qualifications see line 26 instructions  [ ] Standard Deduction ($2,200 or $4,400 for filing status 2 only)  [ ] Itemized Deductions (Attach AR3) | 27 | $ | $ | |
| 28. | **NET TAXABLE INCOME** (Subtract Line 27 from Line 25) .................... | 28 | $13,926 | $ | |
| 29. | **TAX:** (Enter tax from tax table) ............................................................ | 29 | $ | $ | |
| 30. | Combined tax: (Add amounts from Line 29, Columns A and B) ............. | 30 | | | $ |
| 31. | Enter tax from Lump Sum Distribution Averaging Schedule: (Attach AR1000TD) | 31 | | | $ |
| 32. | Additional tax on IRA and qualified plan withdrawal and overpayment: (Attach federal Form 5329, if required) | 32 | | | $ |
| 33. | **TOTAL TAX:** (Add Lines 30 through 32) ............................................... | 33 | | | $ |
| 34. | Personal Tax Credit(s) (Enter total from Line 7D)................................... | 34 | | | $145 |
| 35. | Child Care Credit (20% of federal credit allowed; Attach federal Form 2441) | 35 | | | $ |
| 36. | Other Credits: (Attach AR1000TC) ......................................................... | 36 | | | $120 |
| 37. | **TOTAL CREDITS:** (Add Lines 34 through 36)...................................... | 37 | | | $265 |
| 38. | **NET TAX:** (Subtract Line 37 from Line 33. If Line 37 is greater than Line 33, enter 0) | 38 | | | $ |
| 38A. | Enter the amount from **Line 25, Column C** ........................................... | 38A | | | $4,816 |
| 38B. | Enter the total amount from **Line 25, Columns A and B**....................... | 38B | | | $13,926 |
| 38C. | Divide Line 38A by 39B: (See Instructions)............................................. | 38C | 0.345828 | | |
| 38D. | **APPORTIONED TAX LIABILITY:** (Multiply Line 38 by Line 38 C) ........ | 38D | | | $ |

NR3

| | | | |
|---|---|---|---|
| 39. | Arkansas income tax withheld (Attach state copies of W-2, 1099R, W2-G, 1099-PT, and/or AR-K1) | 39 | $12 |
| 40. | Estimated tax paid or credit brought forward from 2021 | 40 | $ |
| 41. | Payment made with extension: (See Instructions) | 41 | $ |
| 42. | AMENDED RETURNS ONLY- Previous payments: (See Instructions) | 42 | $ |
| 43. | Early childhood program: Certification Number: _____ (20% of federal credit; Attach federal Form 2441 and Form AR1000EC) | 43 | $ |
| 44. | TOTAL PAYMENTS: (Add Lines 39 through 43) | 44 | $12 |
| 45. | AMENDED RETURN ONLY- Previous refund: (See Instructions) | 45 | $ |
| 46. | Adjusted Total Payments: (Subtract Line 45 from Line 44) | 46 | $12 |
| 47. | AMOUNT OF OVERPAYMENT/ REFUND: (If Line 46 is greater than Line 38D, enter difference) | 47 | $12 |
| 48. | Amount to be applied to 2023 estimated tax ............... 48  $ | | |
| 49. | Amount of Check-off Contributions (Attach Schedule AR1000-CO) ...... 49  $ | | |
| 50. | AMOUNT TO BE REFUNDED TO YOU: (Subtract Lines 48 and 49 from Line 47) ......REFUND | 50 | $12 |
| 51. | AMOUNT DUE: (If Line 46 is less than Line 38, enter difference; if over $1,000, continue to 52A) ......TAX DUE | 51 | $ |
| 52A. | UEP: Attach Form AR2210 or AR2210A. If required, enter exception in box  52A  0  Penalty 52B  $ | | |
| 52C | Add Lines 51 and 52B. (See Instructions).................................................. TOTAL DUE: | 52C | $ |

**DIRECT DEPOSIT?** If your deposit will be ultimately placed in a foreign account check the box. ☐

Routing Number 1  Account Number 1  ☐ Checking or  ☐ Savings  Direct deposit 1 Amt  $

Routing Number 2  Account Number 2  ☐ Checking or  ☐ Savings  Direct deposit 2 Amt  $

**PLEASE SIGN HERE:** Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Primary's Signature | Date | Telephone | May the Arkansas Revenue Agency discuss this return with the preparer of the return? |
|---|---|---|---|
| Spouse's Signature | Date | Telephone | ☐ Yes  ☐ No |
| Paid Preparer's Signature | PTIN/ID Number | | For Department Use Only |
| Primary's Name | Telephone | | A |
| Address | | | |
| City | State | | ZIP |
| E-mail | | | |

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - Production | DLN: X1595720576 |
|---|---|---|

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
Go to www.irs.gov/ScheduleC for instructions and the latest information.
Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
**2022**
Attachment Sequence No. 09

Name of proprietor: Darrell E Buck

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): Entertainment

**B** Enter code from instructions: 512191

**C** Business name. If no separate business name, leave blank.: Fenix Internet LLC

**D** Employer ID number (EIN)(see instr.):

**E** Business address (including suite or room no.): 1613 Simeonof St
City, town or post office, state, and ZIP code: Kodiak, AK 996156576

**F** Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses · ☑ Yes ☐ No

**H** If you started or acquired this business during 2022, check here. ☑

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? (see instructions) · ☐ Yes ☑ No

**J** If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

**Part I  Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 1,178 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,178 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1,178 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 1,178 |

**Part II  Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 18 Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 21 Repairs and maintenance | 21 | |
| | | | 22 Supplies (not included in Part III) | 22 | 500 |
| | | | 23 Taxes and licenses | 23 | |
| | | | 24 Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | a Travel | 24a | |
| | | | b Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 25 Utilities | 25 | 762 |
| 16 | Interest (see instructions): | | 26 Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | 27a Other expenses (from line 48) | 27a | |
| b | Other | 16b | b Reserved for future use | 27b | |
| 17 | Legal and professional services | 17 | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a | | | 28 | 1,262 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | 29 | -84 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | 31 | -84 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | 32a ☑ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11334P    Schedule C (Form 1040) 2022

Schedule C (Form 1040) 2022                                                                                         Page 2

**Part III   Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:
    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation. . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 |

**Part IV   Information on Your Vehicle.**
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) _____

44  Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:
    a Business _____   b Commuting (see instructions) _____   c Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . ☐ Yes  ☐ No
46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . ☐ Yes  ☐ No
47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No
  b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------

48  Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . | 48 |

Schedule C (Form 1040) 2022

**Additional Data**

| Return to Form |

Software ID:
Software Version: