## Christopher Hooks

| | |
|---|---|
| **From:** | Tyron McCray <Tyron.McCray@dfa.arkansas.gov> |
| **Sent:** | Thursday, August 3, 2023 12:22 PM |
| **To:** | Sarah Walton; Christopher Hooks |
| **Subject:** | [ POSSIBLE SPAM ]  4506 Request for Shamus W. Walton and Darnell E. Buck |
| **Attachments:** | Darnell Buck 2019 return.pdf; Darnell Buck 2021 Return.pdf; Darnell Buck 2022 Return.pdf; Shamus Watson 2019 Return.pdf; Shamus Watson 2020 Return.pdf |
| **Importance:** | Low |

Good afternoon,

Attached are the returns that we have on file for Darnell E. Buck and Shamus W. Watson. Normally we have to wait for the payment before releasing the information but as you are on a extremely tight deadline I will make an exception this time. I will send them by mail as well once the payment has been received but hopefully these pdf copies will work. If you have any questions, please feel free to email me back. I will be at lunch until 12:50 so I will respond to any emails as soon as I get back.

Sincerely,

-Tyron



**Tyron McCray**
Arkansas Department of Finance and Administration
Individual Income Tax
Tax Service Representative
Office: (501) 682-1100 | Fax: (501) 682-7692
Tyron.mccray@dfa.arkansas.gov
www.dfa.arkansas.gov



EXHIBIT 12