U.S. DEPARTMENT OF LABOR       Occupational Safety and Health Administration
525 S. Griffin Street
Room 602
Dallas, TX 75202
Tel: (972) 850-4145
Fax: (972) 850-4150



Delivered via Email: Buckfamily2015@gmail.com

January 11, 2023

Darrell Buck
1878 County Line Rd.
Booneville, AR 72927

Re: West Wind & Associates / Buck / 301002759

Dear Mr. Buck:

This is to advise you that we have completed our investigation of the above-referenced complaint filed by you, (Complainant) against West Wind & Associates, (Respondent) on August 12, 2022, under Section 11(c) of the OSH Act, 29 U.S.C. §660. In brief, you alleged Respondent terminated your employment on August 10, 2022, because you filed a safety and health complaint with OSHA on August 5, 2022.

Following an investigation by a duly-authorized Investigator, the Secretary of Labor, acting through his agent, the Regional Administrator for the Occupational Safety and Health Administration (OSHA), Region VI, finds there is no reasonable cause to believe Respondent violated Section 11(c) of the OSH Act and issues the following findings:

### Secretary's Findings

*Coverage*

Respondent is a person within the meaning of 29 U.S.C. §652(4) and Complainant is an employee within the meaning of 29 U.S.C. §652(6).

*Timeliness of complaint*

Respondent discharged Complainant on or about August 10, 2022. On August 12, 2022, Complainant filed a complaint with the Secretary of Labor alleging Respondent retaliated against him in violation of Section 11(c) of the OSH Act. As this complaint was filed within 30 days of the alleged adverse action, it is timely.

*Findings of the investigation:*

As a result of the investigation, the burden of establishing that Complainant was retaliated against in violation of Section 11(c) of the OSH Act cannot be sustained. The available evidence indicates that



EXHIBIT 13

Respondent had no knowledge of Complainant's protected activity at the time the decision was made to terminate his employment.

**Conclusion:**

Therefore, OSHA does not have reason to believe a violation of Section 11(c) of the OSH Act, 29 U.S.C. §660 occurred. Consequently, this complaint is dismissed.

This case will be closed unless Complainant files an appeal by sending a letter to:

|  | with a copy to: |
|---|---|
| Directorate of Whistleblower Protection Programs<br>U.S. Department of Labor-OSHA<br>200 Constitution Avenue, N.W.<br>Room N-4618<br>Washington, D.C. 20210 | Regional Administrator<br>U.S. Department of Labor-OSHA<br>525 S. Griffin Street<br>Room 602<br>Dallas, TX 75202 |

To all parties related to this complaint.

To be considered, an appeal must be postmarked within 15 days of receipt of this letter. The request may be mailed or emailed to (RFR@dol.gov and R6.11c.OSHA@dol.gov). If this finding is appealed, then the Directorate of Whistleblower Protection Programs may review the case file in order to ascertain whether the investigation adequately dealt with all factual issues and the investigation was conducted fairly, and in accordance with applicable laws.

Sincerely,

*[signature]*

Michael Mabee
Assistant Regional Administrator
Whistleblower Protection Program

cc:     Christopher Hooks
        Via Email: chooks@rbsr-attorneys.com

        DWPP