IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DARRELL BUCK and SHAMUS WATSON**                                    **PLAINTIFFS**

vs.                                      No. 2:22-cv-2153-PKH

**WESTWIND AND ASSOCIATES, INC.,**                                    **DEFENDANTS**
**and MARK ECCLESTON**

### PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiffs Darrell Buck and Shamus Watson ("Plaintiffs"), by and through their attorneys of the Sanford Law Firm, PLLC, for their Motion for Leave to Exceed Page Limits, hereby state and allege as follows:

1. On August 14, Defendants filed a Motion for Summary Judgment. ECF No. 23.

2. Defendants also attached 13 exhibits (ECF Nos. 23-1 through 23-13) to the Motion, including 6 Declarations (ECF No. 23-1 is 7 pages, ECF No. 23-2 is 2 pages, ECF No. 23-7 is 2 pages, ECF No. 23-8 is 2 pages, ECF No. 23-9 is 2 pages, ECF No. 23-10 is 2 pages) and 2 deposition transcripts (ECF Nos. 23-5 and 23-6, which were 101 pages and 78 pages, respectively).

3. Per the page limitations outlined in the Court's Initial Scheduling Order (ECF No. 10), "Any motion, response, or brief in support must be limited to 25 double-spaced pages of 12-point font."

4. Due to the multiple fact-specific issues raised in Defendants' Motion and

Page 1 of 2
Darrell Buck, et al.  v. Westwind and Associates, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2153-PKH
Plaintiffs' Motion for Leave to Exceed Page Limits

Statement of Undisputed Material Facts, the number of Plaintiffs and the necessity for individualized arguments, Plaintiffs are requesting that the Court grant an extension to allow them to file an additional 31 pages, inclusive of Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts, for a total of 56 pages for their Response brief. This will give Plaintiffs sufficient pages to respond to the information included in the 6 declarations and Defendants' fact-specific arguments.

WHEREFORE, premises considered, Plaintiffs respectfully request that this Court enter an Order granting this Motion to allow Plaintiffs to file up to a 56-page response, inclusive of Plaintiffs' Response to Defendants' Statement of Material Facts.

Respectfully submitted,

**DARRELL BUCK and SHAMUS WATSON, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Darrell Buck, et al.  v. Westwind and Associates, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2153-PKH
Plaintiffs' Motion for Leave to Exceed Page Limits