**Invoice**

522593

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 8-4-22 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | Darrell Buck | | | |
| | | 10 bins a | $ 67.30 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 673. 00 |
| | | | | | 27. 00 |
| | | | | | $ 646. 00 |

**522594**

**Invoice**

SOLD TO: West Wind & Assoc.

ADDRESS:

CITY, STATE, ZIP:

SHIP TO:

ADDRESS:

CITY, STATE, ZIP:

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | 8-10-22 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | Darrell Buck | | | |
| | | | | | |
| | | 6 bins @ | $ 63.29 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 379.75 |
| | | | | | 27.00 |
| | | | | | |
| | | | | | $ 352.75 |

**Invoice**

522591

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 7-15-22 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Darrell Buck | | | |
| | | 12 bins @ | $ 58.91 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 707. 00 |
| | | | | | 27. 00 |
| | | | | | $ 680. 00 |

**Invoice**

522592

SOLD TO: West Wind & Assoc.

ADDRESS

CITY, STATE, ZIP

SHIP TO

ADDRESS

CITY, STATE, ZIP

CUSTOMER ORDER NO.

SOLD BY

TERMS

F.O.B.

DATE 7-21-22

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | Darrell Buck | | | |
| | | 11 bins @ | $57.90 | | |
| | | Less rent | $27.00 | | |
| | | | | | $571.00 |
| | | | | | 27.00 |
| | | | | | $544.00 |

Buck000004



300906

**Statement**

DATE 1-22-21   TERMS

TO  West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck
6 bins @ $98        $588.00
Less rent            $ 27.00
                     $560.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $560.00 |
|---------|--------------|--------------|--------------|---------|

adams DC5812                                    01-11

Buck000005



300907

**Statement**

DATE 1-29-21    TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

12 bins @ $52.90 ........... $ 635.50
Less rent .................. $ 27.00
                            $ 607.50

CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT

adams DC5812                                    01-11

Buck000006



300908

**Statement**

DATE 2-4-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

6 bins @ $98.00     $ 508.00
Less rent $28.00     $ 28.00
                    $ 480.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | |
|---------|--------------|--------------|--------------|---|

Adams DC5812          01-11

Buck000007



300910

**Statement**

DATE 2-12-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

10 bins @ $62.80 — $ 748.00
Less rent $28.00 — $ 28.00
— $ 720.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | |
|---|---|---|---|---|

adams DC5812                                    01-11

Buck000008



300911

**Statement**

DATE 2-26-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

6 bins @ $104.60          $ 628.00
Less rent $28.00          $   28.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $600.00 |

01-11

adams DC5812

Buck000009



300912

**Statement**

DATE 3-5-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

8 bins @ $78.37
Less rent $27.00

$ 627. 00

$ 27. 00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 600. 00 |

adams DC5812

01-11

Buck000010



300913

**Statement**

DATE 3-12-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

| | | | | |
|---|---|---|---|---|
| Darrell Buck | | | | |
| 9 bins @ $69.60 | | | $627. | 00 |
| Less rent $27.00 | | | $ 27. | 00 |
| | | | $600. | 00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | |

adams DC5812

01-11

Buck000011



300914

**Statement**

DATE 3-19-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

| | | | | |
|---|---|---|---|---|
| 10 bins @ | | $46.70 | $667.00 | |
| Less rent | | $27.00 | $ 27.00 | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 640.00 |

adams DC5812

01-11

Buck000012



300915

**Statement**

DATE 3-26-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

12 bins @   $ 55.58   $ 667.00
Less rent   $ 27.00   $ 27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 640.00 |

adams DC5812                                                    91-11

Buck000013



300916

**Statement**

DATE 4-2-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

| | | |
|---|---|---|
| 10 bins @ | $ 53.90 | $ 539.00 |
| Less rent | $ 27.00 | $ 27.00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 512.00 |
|---|---|---|---|---|

adams DC5812

91-11

Buck000014



300917

**Statement**

DATE 4-9-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

10 bins @     $ 66.70
Less rent     $ 27.00

                          $ 667.00
                          $ 27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT |
|---------|--------------|--------------|--------------|
|         |              |              | $ 640.00 |

adams DC5812

Buck000015



300918

**Statement**

DATE 4-16-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

13 bins @    $ 51.30    $ 603.00

Less rent    $ 27.00    $ 27.00

$ 667.00

$ 27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 640.00 |
|---|---|---|---|---|

adams DC5012

01-11

Buck000016



300919

**Statement**

DATE 4-23-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

12 bins @ $ 44.91

Less rent $ 27.00

$ 539.00

$ 27.00

$

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 512 | 00 |
| --- | --- | --- | --- | --- | --- |

adams DC5812

01-11

Buck000017



300920

**Statement**

DATE 4-30-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

| | | | | |
|---|---|---|---|---|
| | | Darrell Buck | | |
| | | 10 bins @ | $ 60.30 | $ 603.00 |
| | | Less rent | $ 27.00 | $ 27.00 |
| | | | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 576.00 |
|---|---|---|---|---|

adams DC5812

01-11

Buck000018



300921

**Statement**    DATE 5-7-21    TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

| | | | |
|---|---|---|---|
| 13 bins @ | | $ 51.30 | $667.00 |
| Less rent | | $ 27.00 | $ 27.00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT 640.00 |
|---|---|---|---|

adams DC5812    01-11

Buck000019



300922

**Statement**

DATE 5-14-21       TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

15 bins @   $ 42.33
Less rent   $ 27.00

$ 635.00
  27.00

$

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 608.00 |
|---------|--------------|--------------|--------------|--------|

adams· DC5812                                              01-11

Buck000020

300924

**Statement**

DATE 5-21-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Darrell Buck | | | | | | |
| | | | | | | | |
| | 13 bins @ | $ 40.61 | | | | | |
| | Less rent | $ 27.00 | | | | | |
| | | | | | $ 555.00 | |
| | | | | | $ 27.00 | |
| | | | | | $ | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 528. 00 |
|---|---|---|---|---|

adams· DC5812

01-11

Buck000021

300925

**Statement**  DATE 5-28-21  TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | Darrell Buck | | | |
| | 20 bins @ | $ 34.35 | | |
| | Less rent | $ 27.00 | | |
| | | | $ 687.00 | |
| | | | $ 27.00 | |
| | | | $ | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 660.00 |
|---|---|---|---|---|

adams DC5012                                                                01-11

Buck000022



300926

**Statement**   DATE 6-4-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

15 bins @   $ 34.80
Less rent   $ 27.00

$ 522. 00
$ 27. 00

CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT 495. 00

adams DC5812                                    01-11

Buck000023

300927

**Statement**

| DATE 6-11-21 | TERMS |

TO  West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

20 bins a)    $ 34.35
Less rent    $ 27.00

                        $ 687.00
                        $   27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT  660.00 |

adams DC5812                                    01-11

Buck000024



300928

**Statement**

DATE 6-18-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

20 bins @ $ 34.35
Less rent   $ 27.00

$ 687.00
$ 27.00

$

CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT 660.00

adams DC5812   01-11

Buck000025



300929

**Statement**   DATE 6-25-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

12 bins @   $ 57.25
Less rent   $ 27.00

$ 687.00
$  27.00

$

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 660.00 |
|---|---|---|---|---|

adams DC5812                                        01-11

Buck000026

300930

| Statement | DATE 7-2-21 | TERMS |
|---|---|---|

TO West Wind & Assoc.

IN ACCOUNT WITH

| | | Darrell Buck | | | |
|---|---|---|---|---|---|
| | | 2 bins @ | $ 211.50 | | |
| | | less rent | $ 27.00 | | |
| | | | | $ 423.00 | |
| | | | | $ 27.00 | |
| | | | | | |
| | | | | $ | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 396.00 |
|---|---|---|---|---|

adams DC5812

01-11

Buck000027



300931

**Statement**

DATE 7-9-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

10 bins @ $ 55.50
Less rent $ 27.00

$ 555.00
$ 27.00
$

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 528.00 |

adams DC5812

01-11

Buck000028

300932

**Statement**   DATE 7-16-21   TERMS

TO   West Wind & Assoc.

IN ACCOUNT WITH

| | | | | | |
|---|---|---|---|---|---|
| | | Darrell Buck | | | |
| | | 12 bins @ | $ 57.25 | | |
| | | Less rent | $ 27.00 | | |
| | | | | $ 687.00 | |
| | | | | $ 27.00 | |
| | | | | $ | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 660.00 |
|---|---|---|---|---|

adams DC5812   01-11

Buck000029

300933

**Statement**

DATE 7-23-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

|  |  |  |  |
|---|---|---|---|
| Darrell Buck |  |  |  |
| 10 bins @ | $ 67.05 |  |  |
| Less rent | $ 27.00 |  |  |
|  |  | $670.50 |  |
|  |  | $ 27.00 |  |
|  |  | $ 643.50 |  |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT |
|---|---|---|---|
|  |  |  | 643.50 |

adams· DC5812

01-11

Buck000030

300934

**Statement**    DATE 7-30-21    TERMS

TO   West Wind & Assoc.

IN ACCOUNT WITH

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | Darrell Buck | | | | |
| | | | | | |
| | 16 bins @ | | $ 43.56 | | |
| | Less rent | | $ 27.00 | | |
| | | | | | |
| | | | | $ 1697. | 00 |
| | | | | - $ 27. | 00 |
| | | | | $ | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT $ 670. | 00 |
|---|---|---|---|---|

adams DC5812                                                        01-11

Buck000031



300935

**Statement**

DATE 8-6-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

11 bins @ $ 38.00
Less rent $ 27.00

$ 579.75
27.00

| CURRENT | | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT $ 552.75 |

adams DC5812                                    01-11

Buck000032

300936

**Statement**   DATE 8-13-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

12 bins @   $ 42.57
Less rent   $ 27.00

$ 537.85
27.00

$ 510.85

| CURRENT | | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 510 | 85 |
|---|---|---|---|---|---|---|

adams DC5812

01-11



300937

**Statement**   DATE 8-20-21   TERMS

TO  West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

13 bins @      $ 51.53
Less rent       $ 27.00

                    $ 697.00
                      27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 670.00 |

adams DC5812                                        01-11

300938

**Statement**

DATE 8-27-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

10 bins @ $56.30
Less rent $27.00

$ 563.00
27.00

$

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 536.00 |

adams DC5812

01-11

Buck000035



300939

**Statement**

DATE 9-2-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

13 bins @    # 53.61
Less rent    # 27.00

$ 697.00
27.00

$
CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT 670.00

adams DC5812

01-11

Buck000036



300940

**Statement**   DATE 9-10-21   TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

13 bins @          $ 38.15
Less rent        $ 27.00

                        $ 496.00
                          27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT $ 469.00 |
|---|---|---|---|

adams DC5812                                          01-11

Buck000037



300941

**Statement**

DATE 9-17-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

20 bins @     $ 34.85
Less rent     $ 27.00

$ 697.00
27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 670.00 |

adams DC5812

01-11

Buck000038



300942

**Statement**

DATE 9-24-21    TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

20 bins @    $ 34.85
Less rent    $ 27.00

$ 697.00
      27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT $ 670. 00 |
|---------|--------------|--------------|------------------------|

adams DC5812                                    01-11



300943

**Statement**

DATE  10-1-21   TERMS

TO  West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

20 bins @   $ 34.85
Less rent   $ 27.00

$ 697.00
27.00

$

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 670.00 |
|---------|--------------|--------------|--------------|--------|

adams DC5812                          01-11

Buck000040



300944

**Statement**

DATE 10-8-21

TERMS

TO West Wind & Assoc.

IN ACCOUNT WITH

Darrell Buck

22 bins @ $ 31.68
Less rent    $ 27.00

$ 697.00
27.00

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | $ 670. 00 |

adams DC8812                                                    01-11

Buck000041

522551

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 10-15-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | Darrell Buck | | | |
| | | | | | |
| | | 15 bins @ | $ 37.53 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 563.00 |
| | | | | | 27.00 |
| | | | | | $ 536.00 |

Buck000042

522552

**Invoice**

SOLD TO: West Wind & Assoc.
ADDRESS
CITY, STATE, ZIP

SHIP TO
ADDRESS
CITY, STATE, ZIP

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 10-22-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | Darrell Buck | | | |
| | | 20 bins @ | $ 34.85 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 697.00 |
| | | | | | 27.00 |
| | | | | | $ 670.00 |

09-15

Ph-adams 5840

Buck000043

522553

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 10-29-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | Darrell Buck | | | |
| | | 5 bins @ | $ 139.40 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 697.00 |
| | | | | | 27.00 |
| | | | | | $ 670.00 |

Adams 5840                                      09-16

Buck000044

522554

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 11-5-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | | | | |
| | | | | | |
| | | Darrell Buck | | | |
| | | 10 bins @ | $ 56.30 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | |
| | | | | | $ 563.00 |
| | | | | | 27.00 |
| | | | | | $ 536.00 |

Ladema 5840

09-15

Buck000045

522555

## Invoice

SOLD TO: West Wind & Assoc.
ADDRESS:
CITY, STATE, ZIP:

SHIP TO:
ADDRESS:
CITY, STATE, ZIP:

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 11-12-21 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Darrell Buck | | | |
| | | 20 bins @ | $34.85 | | |
| | | Less rent | $27.00 | | |
| | | | | | $697.00 |
| | | | | | 27.00 |
| | | | | | $670.00 |

Buck000046

522556

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 11-19-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | | | | |
| | | | | | |
| | | Darrell Buck | | | |
| | | 20 bins @ | $34.85 | | |
| | | Less rent | $27.00 | | |
| | | | | | $697.00 |
| | | | | | 27.00 |
| | | | | | $670.00 |

EZ adams 5040

09-15

Buck000047

522557

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 11-26-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | | | | |
| | | Darrell Buck | | | |
| | | 6 bins @ | $ 49.16 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 295.00 |
| | | | | | 27.00 |
| | | | | | $ 268.00 |

Adams 5040                                                                09-15

Buck000048

**522557**

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**Invoice**

SOLD TO _West Wind & Assoc._
ADDRESS
CITY, STATE, ZIP

SHIP TO
ADDRESS
CITY, STATE, ZIP

CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE _11-26-21_

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Darrell Buck | | | |
| | | 6 bins @ | $ 49.16 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 295.00 |
| | | | | | 27.00 |
| | | | | | $ 268.00 |

Adams 5040                                                        09-15

Buck000049

522558

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 12-3-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | Darrell Buck | | | |
| | | 13 bins @ | $ 53.60 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 697.00 |
| | | | | | 27.00 |
| | | | | | $ 670.00 |

Buck000050

**522559**

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
|---|---|---|---|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 12-10-21 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | Darrell Buck | | | |
| | | 13 bins @ | $ 53.61 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 697.00 |
| | | | | | 27.00 |
| | | | | | |
| | | | | | $ 670.00 |

Eh-adams 5840                                              09-18

**Invoice**

522560

SOLD TO: West Wind & Assoc.
ADDRESS:
CITY, STATE, ZIP:

SHIP TO
ADDRESS
CITY, STATE, ZIP

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 12-17-21 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---------|---------|-------------|-------|------|--------|
| | | Darrell Buck | | | |
| | | 15 bins @ | $ 46.46 | | |
| | | Less rent | $ 27.00 | | |
| | | | | | $ 697.00 |
| | | | | | 27.00 |
| | | | | | $ 670.00 |

Ⓑ adams 5840

09-15

Buck000052

522561

**Invoice**

| SOLD TO | West Wind & Assoc. | SHIP TO | |
|---|---|---|---|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 12-31-21 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | Fabricated leg plates @ | $21.45 | | |
| | | Less rent | $27.00 | | |
| | | | | | $ 429.00 |
| | | | | | 27.00 |
| | | | | | 402.00 |
| | | | | | |
| | | | | | $ 402.00 |

