7-B-1

Shamus Watson weekly record

| Week of | Time spent at WWA |
|---|---|
| 11-25-20 | 23 hours and 45 minutes |
| 12-4-20 | 37 hours and 30 minutes |
| 12-11-20 | 39 hours and 20 minutes |
| 12-18-20 | 34 hours |
| 12-23-20 | 23 hours and 40 minutes |
| 12-31-20 | 16 hours |
| 1-8-21 | 39 hours and 50 minutes |
| 1-15-21 | 39 hours and 15 minutes |
| 1-22-21 | 28 hours |
| 1-29-21 | 39 hours and 40 minutes |
| 2-5-21 | 20 hours |
| 2-12-21 | CoVid Pay |
| 2-19-21 | 10 hours |
| 2-26-21 | 34 hours |
| 3-5-21 | 39 hours and 40 minutes |
| 3-12-21 | 39 hours and 25 minutes |
| 3-19-21 | 28 hours and 15 minutes |
| 3-26-21 | 27 hours and 45 minutes |
| 4-2-21 | 38 hours |
| 4-9-21 | 39 Hours and 25 minutes |
| 4-16-21 | 38 Hours and 55 minutes |

7-B-2

Shamus Watson weekly record

| Week of | Time Spent at WWA |
| --- | --- |
| 4-23-21 | 29 hours and 40 minutes |
| 4-30-21 | 38 hours and 30 minutes |
| 5-7-21 | 39 hours and 40 minutes |
| 5-14-21 | 33 hours and 30 minutes |
| 5-21-21 | 38 Hours ad 30 minutes |
| 5-28-21 | 32 Hours and 45 minutes |
| 6-4-21 | 25 hours and 30 minutes |
| 6-18-21 | 21 hours and 35 minutes |
| 6-25-21 | 35 Hours and 55 minutes |
| 7-2-21 | 37 Hours and 40 minutes |
| 7-9-21 | 32 hours |
| 7-16-21 | 35 Hours and 55 minutes |
| 7-23-21 | 38 Hours and 55 minutes |
| 7-30-21 | 40 Hours |
| 8-6-21 | 30 Hours and 10 minutes |
| 8-13-21 | 29 Hours |
| 8-20-21 | 39 Hours and 35 minutes |
| 8-27-21 | 39 Hours |
| 9-2-21 | 39 Hours and 10 minutes |
| 9-10-21 | 30 hours and 30 minutes |
| 9-17-21 | 36 Hours |

West Wind 000185

7-B-3

Shamus Watson Weekly Record

| Week of | Time spent at WWA |
|---|---|
| 9-24-21 | 39 Hours and 10 minutes |
| 10-1-21 | 32 Hours and 50 minutes |
| 10-8-21 | 38 Hours and 30 minutes |
| 10-14-21 | 32 Hours and 50 minutes |
| 10-22-21 | 37 Hours and 30 minutes |
| 10-29-21 | 32 Hours and 30 minutes |
| 11-5-21 | 35 Hours and 30 minutes |
| 11-12-21 | 35 Hours and 40 minutes |
| 11-19-21 | 29 Hours |
| 11-24-21 | 23 Hours |
| 12-3-21 | 33 Hours and 30 minutes |
| 12-10-21 | 36 Hours |
| 12-17-21 | 30 Hours and 30 minutes |
| 12-23-21 | 17 Hours and 30 minutes |
| 12-31-21 | 20 Hours and 30 minutes |
| 1-7-22 | 33 hours and 15 minutes |
| 1-14-22 | 24 Hours and 15 minutes |
| 1-21-22 | 33 Hours and 50 minutes |
| 2-4-22 | 23 Hours and 30 minutes |
| 2-11-22 | 35 Hours and 30 minutes |
| 2-18-22 | 37 Hours and 30 minutes |
| 2-25-22 | 39 Hours and 35 minutes |

7-B-4

Shamus Watson Weekly Record

| Week of | Time spent at WWA |
|---|---|
| 3-4-22 | 34 Hours |
| 3-11-22 | 12 Hours and 15 minutes |
| 3-18-22 | 33 Hours and 10 minutes |
| 3-25-22 | 8 Hours |
| 4-1-22 | 36 Hours and 30 minutes |
| 4-8-22 | 36 Hours and 45 minutes |
| 4-15-22 | 38 Hours and 55 minutes |
| 4-22-22 | 32 Hours and 55 minutes |
| 4-29-22 | 39 Hours and 15 minutes |
| 5-6-22 | 19 Hours |
| 5-13-22 | 39 Hours and 25 Minutes |
| 5-20-22 | 30 Hours and 5 Minutes |
| 5-27-22 | 27 Hours and 45 minutes |
| 6-3-22 | 39 Hours and 25 Minutes |
| 6-10-22 | 16 Hours and 50 minutes |
| 6-17-22 | 38 Hours and 55 minutes |
| 6-24-22 | 27 Hours |
| 7-1-22 | 23 Hours and 19 minutes |
| 7-8-22 | 23 Hours 40 minutes |
| 7-15-22 | 39 Hours and 30 minutes |
| 7-22-22 | 7 Hours and 30 minutes |

West Wind 000187

7-C-1

Darrell Buck weekly Record

| Week of | Time Spent at WWA |
|---|---|
| 1-15-21 | 32 Hours |
| 1-22-21 | 39 Hours and 30 minutes |
| 1-29-21 | 39 Hours and 20 minutes |
| 2-4-21 | 23 Hours and 40 minutes  Closed on Friday for CoVid |
| 2-12-21 | Closed for CoVid |
| 2-19-21 | Absent all week |
| 2-26-21 | 39 Hours and 15 minutes |
| 3-5-21 | 34 Hours |
| 3-12-21 | 35 Hours and 30 minutes |
| 3-19-21 | 38 Hours and 30 minutes |
| 3-26-21 | 38 Hours and 30 minutes |
| 4-2-21 | 29 Hours and 30 minutes |
| 4-9-21 | 36 Hours |
| 4-16-21 | 39 Hours |
| 4-23-21 | 31 Hours |
| 4-30-21 | 35 Hours |
| 5-7-21 | 38 hours and 50 minute |
| 5-14-21 | 37 Hours |
| 5-21-21 | 38 Hours and 45 minutes |
| 5-28-21 | 40 Hours |
| 6-4-21 | 22 Hours |

7-C-2

Darrell Buck Weekly Record

| Week of | Time spent at WWA |
|---|---|
| 6-11-21 | 39 Hours and 40 minutes |
| 6-18-21 | 38 hours and 40 minutes |
| 6-25-21 | 40 Hours |
| 7-2-21 | 24 Hours |
| 7-9-21 | 38 Hours and 30 minutes |
| 7-16-21 | 38 Hours and 40 minutes |
| 7-23-21 | 38 Hours and 10 minutes |
| 7-30-21 | 38 Hours and 15 minutes |
| 8-6-21 | 32 Hours and 40 minutes |
| 8-13-21 | 30 Hours and 50 minutes |
| 8-20-21 | 39 Hours and 30 minutes |
| 8-27-21 | 32 Hours and 50 minutes |
| 9-2-21 | 37 Hours and 55 minutes |
| 9-10-21 | 28 Hours |
| 9-17-21 | 38 Hours and 40 minutes |
| 9-24-21 | 37 Hours and 45 minutes |
| 10-1-21 | 39 Hours and 15 minutes |
| 10-8-21 | 39 Hours ad 50 minutes |
| 10-15-21 | 31 Hours and 45 minutes |
| 10-22-21 | 39 Hours and 10 minutes |
| 10-29-21 | 38 Hours and 50 minutes |
| 11-5-21 | 31 Hours and 40 minutes |

West Wind 000189

7-C-3

Darrell Buck Weekly Record

| Week of | Time spent at WWA |
|---|---|
| 11-12-21 | 39 Hours and 20 Minutes |
| 11-19-21 | 39 Hours |
| 11-24-21 | 16 Hours |
| 12-3-21 | 39 Hours and 35 minutes |
| 12-10-21 | 39 Hours and 35 minutes |
| 12-17-21 | 39 Hours and 45 minutes |
| 12-24-21 | 0 Hours IN JAIL |
| 12-31-21 | 18 Hours and 30 minutes |
| 1-7-22 | 39 Hours and 40 minutes |
| 1-14-22 | 38 Hours and 45 minutes |
| 1-21-22 | 32 Hours |
| 1-28-22 | 37 Hours and 30 minutes |
| 2-5-22 | 25 Hours and 45 minutes |
| 2-11-22 | 32 Hours |
| 2-17-22 | 28 Hours and 15 minutes |
| 2-25-22 | 31 Hours and 50 minutes |
| 3-4-22 | 36 Hours |
| 3-11-22 | 35 Hours |
| 3-18-22 | 40 Hours |
| 3-25-22 | 40 Hours |
| 4-1-22 | 36 Hours |

7-C-4

Darrell Buck Weekly Record

| Week of | Time Spent at WWA |
|---|---|
| 4-8-22 | 35 Hours |
| 4-15-22 | 37 Hours and 15 minutes |
| 4-22-22 | 35 Hours and 30 minutes |
| 4-27-22 | 14 Hours |
| 5-6-22 | 39 Hours and 38 minutes |
| 5-13-22 | 27 Hours and 20 minutes |
| 5-20-22 | 29 Hours and 30 minutes |
| 5-27-22 | 25 Hours |
| 6-3-22 | 32 Hours |
| 6-10-22 | 39 Hours |
| 6-17-22 | 36 Hours and 30 Minutes |
| 6-24-22 | 31 Hours and 30 minutes |
| 7-1-22 | 32 Hours |
| 7-8-22 | 31 Hours and 45 minutes |
| 7-15-22 | 40 Hours |
| 7-21-22 | 29 Hours and 30 minutes left on unscheduled leave |
| 7-29-22 | Absent all week |
| 8-4-22 | 37 Hours |
| 8-9-22 | 20 Hours and 45 minutes. |

West Wind 000191