8-B-1

Shamus Watson pay record

Shamus had problems with math so his itemizations, multiplications and deductions were often incorrect or reversed. I had to check his computations every week

| Week of | # of bins | Amount paid per bin |
|---|---|---|
| 11-25-20 | initially hired to paint shop wall for $327.00 - spent two days on that | |
| | Then wanted to weld bins | |
| | 1 | $30.00 |
| 12-4-20 | 15 | $35.00 |
| 12-11-20 | 14 | $42.86 |
| 12-18-20 | 13 | $39.76 |
| 12-23-20 | 12 | $43.33 |
| 12-31-20 | 10 | $39.60 |
| 1-8-21 | 10 | $66.00 |
| 1-15-21 | 15 | $42.67 |
| 1-22-21 | 10 | $51.50 |
| 1-29-21 | 19 | $33.26 |
| 2-5-21 | 4 | $65.75 |
| 2-12-21 | 10 | $81.00 |
| 2-19-21 | 2 | $95.00 |
| 2-26-21 | 5 | $108.00 |
| 3-5-21 | 11 | $61.36 |
| 3-12-21 | 6 | $25.00 |
| loading and unloading trucks | | $525.00/week (wasn't cutting it as a welder so offered Shamus contract work unloading and loading trucks) |
| 3-19-21 | 8 | $67.50 |
| 3-26-21 | 10 | $54.70 |

8-B-2

Shamus Watson pay record

| Week of | # of bins | Amount paid per bin |
|---|---|---|
| 4-2-21 loading and unloading trucks | 4 | $25.00 $575.00/week |
| 4-9-21 loading and unloading trucks | 4 | $25.00 $575.00/week |
| 4-16-21 loading and unloading trucks | 1 | $25.00 $650.00/week |
| 4-23-21 loading and unloading trucks | 1 | $25.00 $650.00/week |
| 4-30-21 loading and unloading of trucks | | $547.00/week |
| 5-7-20 loading and unloading of trucks. | 4 | $25.00 $575.00/week |
| 5-14-21 Loading and unloading trucks | 4 | $25.00 $595.00/week |
| 5-21-21 Loading and unloading trucks. | 4 | $25.00 $595.00/week |
| 5-28-21 Loading and unloading trucks | 4 | $25.00 $595.00/week |
| 6-4-21 Loading and unloading trucks | 4 | $25.00 $490.00/week |
| 6-11-21 Loading and unloading trucks | | $381.00/week |
| 6-18-21 loading and unloading of trucks | | $612.50/week |
| 6-25-21 loading and unloading of trucks | | $695.00/week |
| 7-2-21 loading and unloading of trucks | | $695.00/week |
| 7-11-21 loading and unloading of trucks | | $695.00/week |
| 7-23-21 loading and unloading of trucks | | $705.00/week |
| 7-30-21 loading and unloading of trucks | | $705.00/week |

8-B-3

Shamus Watson pay record

| Week of | # of bins washed | Amount paid per bin. |
|---|---|---|
| 8-6-21 | Loading and unloading of trucks | $564.00/week |
| 8-13-21 | 60 | $8.84 |
| 8-20-21 | 80 | $8.84 |
| 8-27-21 | Loading and unloading trucks | $705.00/week |
| 9-2-21 | Loading and unloading of trucks | $654.25/week |
| 9-10-21 | Loading and unloading of trucks | $530.00/week |
| 9-17-21 | Loading and unloading of trucks | $705.00/week |
| 9-24-21. | Loading and unloading of trucks | $705.00/week |
| 10-1-21 | Loading and unloading of trucks | $571.00/week |
| 10-8-21 | loading and unloading of trucks | $688.00/week |
| 10-22-21 | loading and unloading of trucks | $638.00/week |
| 10-29-21 | 25 | $17.72 |
| 11-5-21 | 60 | $10.90 |
| 11-12-21 | 60 | $9.40 |
| 11-19-21 | 60 | $7.22 |
| 11-24-21 | 40 | $10.58 |
| 12-3-21 | 40 | $14.30 |
| 12-10-21 | 40 | $15.98 |
| 12-17-21 | 35 | $14.92 |
| 12-23-21 | 35 | $13.00 |
| 12-31-21 | 30 | $11.22 |
| 1-7-22 | 30 | $19.73 |

8-B-4

Shamus Watson pay record

| Week of | # bins washed | Amount paid per bin |
|---|---|---|
| 1-14-22 | 20 | $21.90 |
| 1-21-22 | 20 | $32.70 |
| 2-4-22 | 40 | $10.58 |
| 2-11-22 | 20 | $31.90 |
| 2-18-22 | 35 | $19.17 |
| 2-25-22 | 40 | $17.88 |
| 3-4-22 | 40 | $15.33 |
| 3-11-22 | 20 | $17.20 |
| 3-18-22 | 50 | $12.60 |
| 3-25-22 | 12 | $11.75 |
| 4-1-22 | 40 | $17.10 |
| 4-8-22 | 125 | $5.10 |
| 4-15-22 | 135 | $5.30 |
| 4-22-22 | 125 | $4.97 |
| 4-29-22 | 125 | $5.72 |
| 5-6-22 | 40 | $12.66 |
| 5-13-22 | 125 | $5.72 |
| 5-20-22 | 90 | $7.56 |
| 5-27-22 | 110 | $4.65 |
| 6-3-22 | 120 | $4.77 |
| 6-10-22 | 45 | $6.89 |
| 6-17-22 | 100 | $7.15 |

8-B-5

Shamus Watson pay record

| Week of | # bins washed | Amount paid per bin |
|---|---|---|
| 6-24-22 | 40 | $12.43 |
| 7-1-22 | 40 | $11.75 |
| 7-9-22 | 45 | $9.40 |
| 7-15-22 | 124 | $5.77 |
| 7-22-22 | 14 | $9.57 Final |

8-C-1

Darrell Buck pay record        (not proficient in math-numerous division and multiplication errors)

| Week of | # bins | Amount paid per bin |
|---|---|---|
| 1-15-21 | 13 | $36.62 |
| 1-22-21 | 6 | $98.00 |
| 1-29-21 | 12 | $52.90 |
| 2-4-21 | 6 | $84.67 |
| 2-12-21 | 10 | $74.80 |
| 2-19-21 | Not at work | |
| 2-26-21 | 6 | $104.67 |
| 3-5-21 | 8 | $78.38 |
| 3-12-21 | 9 | $69.67 |
| 3-19-21 | 10 | $66.70 |
| 3-26-21 | 12 | $55.58 |
| 4-2-21 | 10 | $53.90 |
| 4-9-21 | 10 | $66.70 |
| 4-16-21 | 13 | $51.31 |
| 4-23-21 | 12 | $44.92 |
| 4-30-21 | 10 | $60.30 |
| 5-7-21 | 13 | $51.31 |
| 5-14-21 | 15 | $42.33 |
| 5-21-21 | 13 | $42.69 |
| 5-28-21 | 22 | $34.35 |
| 6-4-21 | 15 | $34.80 |

West Wind 000198

8-C-2

Darrel Buck pay record

| Week of. | # of bins | Amount paid per bin |
|---|---|---|
| 6-11-21 | 20 | $34.35 |
| 6-18-21 | 20 | $34.35 |
| 6-25-21 | 12 | $57.25 |
| 7-2-21 | 2 | $211.50 |
| 7-9-21 | 10 | $55.50 |
| 7-16-21 | 12 | $57.25 |
| 7-23-21 | 10 | $67.05 |
| 7-30-21 | 16 | $43.56 |
| 8-6-21 | 11 | $52.70 |
| 8-13-21 | 12 | $44.82 |
| 8-20-21 | 13 | $53.62 |
| 8-27-21 | 10 | $56.30 |
| 9-2-21 | 13 | $53.62 |
| 9-10-21 | 13 | $38.15 |
| 9-17-21 | 20 | $34.85 |
| 9-24-21 | 20 | $34.85 |
| 10-1-21 | 20 | $34.85 |
| 10-8-21 | 22 | $31.68 |
| 10-15-21 | 15 | $37.53 |
| 10-22-21 | 20 | $34.85 |
| 10-29-21 | 5 | $139.40 |
| 11-5-21 | 10 | $56.30 |

8-C-3

Darrell Buck pay record

| Week of. | # of bins. | Amount paid per bin. | |
|---|---|---|---|
| 11-12-21 | 20 | $34.85 | |
| 11-19-21 | 20 | $34.85 | |
| 11-24-21 | 6 | $49.17 | |
| 12-3-21 | 13 | $53.62 | |
| 12-10-21 | 13 | $53.62 | |
| 12-17-21 | 15 | $46.47 | |

12-24-21 Not at work — In Jail

12-31-21  Injured from car accident so put on lighter contract work
          Fabricated 20 leg plates at $21.45 each

| Week of. | # of bins. | Amount paid per bin. | |
|---|---|---|---|
| 1-7-22 | 15 | $44.67 | |
| 1-14-22 | 20 | $32.33 | |
| 1-21-22 | 18 | $38.72 | |
| 1-28-22 | 12 | $58.08 | |
| 2-5-22 | 15 | $28.60 | |
| 2-11-22 | 15 | $37.53 | |
| 2-17-22 | 10 | $53.70 | |
| 2-25-22 | 10 | $55.60 | |
| 3-4-22 | 12 | $55.37. | Asked for advance of $200 |
| 3-11-22 | 10 | $58.80 | $200 advance deducted from pay |
| 3-18-22 | 12 | $58.08 | |
| 3-25-22 | 15 | $46.47 | |
| 4-1-22 | 15 | $43.73 | |

West Wind 000200

8-C-4

Darell Buck pay record

| Week of | # of Bins | Amount paid per bin |
|---|---|---|
| 4-8-22 | 13 | $47.85 |
| 4-15-22 | 12 | $56.08 |
| 4-22-22 | 15 | $47.13 |
| 4-27-22 | 3 | $98.34 |
| 5-6-22 | 13 | $54.38 |
| 5-13-22 | 8 | $69.25 |
| 5-20-22 | 10 | $53.70 |
| 5-27-22 | 10 | $47.90 |
| 6-3-22 | 9 | $63.44 |
| 6-10-22 | 15 | $46.00 |
| 6-17-22 | 11 | $58.09 |
| 6-24-22 | 10 | $57.10 |
| 7-8-22 | 12 | $58.92 |
| 7-15-22 | 12 | $58.91 |
| 7-21-22 | 11 | $51.91 |
| 8-4-22 | 10 | $67.30 |
| 8-12-22 | 5 | $75.95 |

West Wind 000201