IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DARRELL BUCK and SHAMUS WATSON**                                      **PLAINTIFFS**

vs.                                            No. 2:22-cv-2153-PKH

**WESTWIND AND ASSOCIATES, INC.,**                                      **DEFENDANTS**
**and MARK ECCLESTON**

### MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Darrell Buck and Shamus Watson, by and through their attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, for their Motion for Leave to File Amended Response to Defendants' Motion for Summary Judgment, hereby state and allege as follows:

1.      Plaintiffs filed their Response to Defendants' Motion for Summary Judgment on August 28. (ECF No. 29)

2.      Plaintiffs ask for leave to file an Amended Response to Defendants' Motion for Summary Judgment.

3.      The purpose of this Amended Response is to amend and clarify statements made on p. 16 of Plaintiffs' original Response related to the existence of documentation of Plaintiffs' hours worked and the production thereof, following conferences with counsel for the Defendants and further review of the file.

4.      Pursuant to Rule 5.5(e) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Plaintiffs have attached a redline copy of

Page 1 of 2
Darrell Buck, et al.  v. Westwind and Associates, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2153-PKH
Motion for Leave to File Amended Response to Defendants' Motion for Summary Judgment

the proposed Amended Response to Defendants' Motion for Summary Judgment to this Motion as Exhibit 1 and incorporate it herein by reference.

WHEREFORE, premises considered, Plaintiffs Darrell Buck and Shamus Watson, respectfully request an order of this Court granting them leave to file Plaintiffs' Amended Response to Defendants' Motion for Summary Judgment, and for such other relief as may be just and proper.

                Respectfully submitted,

                **DARRELL BUCK and SHAMUS WATSON, PLAINTIFFS**

                SANFORD LAW FIRM, PLLC
                Kirkpatrick Plaza
                10800 Financial Centre Pkwy, Suite 510
                Little Rock, Arkansas 72211
                Telephone: (501) 221-0088
                Facsimile: (888) 787-2040

                Daniel Ford
                Ark Bar No. 2014162
                daniel@sanfordlawfirm.com

                Josh Sanford
                Ark. Bar No. 2001037
                josh@sanfordlawfirm.com

**Page 2 of 2**
**Darrell Buck, et al.  v. Westwind and Associates, Inc., et al.**
**U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2153-PKH**
**Motion for Leave to File Amended Response to Defendants' Motion for Summary Judgment**