IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| DARRELL BUCK, SHAMUS WATSON, and WILLIAM CATLETT, each individually and On behalf of All Others Similarly Situated | PLAINTIFFS |
| vs. Case No. 2:22-cv-2153-PKH | |
| WESTWIND AND ASSOCIATES, INC. and MARK ECCLESTON | DEFENDANTS |

## MOTION FOR CONTINUANCE AND AMENDMENT OF SCHEDULING ORDER

Comes now, Defendants, Westwind and Associates, Inc., and Mark Eccleston ("Defendants") by and through their undersigned counsel and for their Motion for Continuance and Amendment of Scheduling Order state:

1. This matter is set for a bench trial during the week of October 2, 2023. The Court has issued a Final Scheduling Order that establishes certain deadlines in this litigation (ECF No. 14).

2. As of the date of this Motion, discovery is closed and the dispositive motion cut-off has passed.

3. That Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7.5 allows a Scheduling Order to be modified for good cause shown and with the Judge's consent.

4. That good cause exists in this case as Defendants' counsel is expectant of the birth of their first child, whose due date is the week of trial.

5. That Defendants' counsel is the only attorney who has entered an appearance in this case and worked on Defendants' case since Plaintiff commenced this litigation.

6. That, Defendants' counsel made this Court aware of the potential of this "good cause" appearing in the Joint Motion for Extension of Deadlines filed on July 3, 2023 (ECF 19).

7. That Defendant's counsel has contacted Plaintiffs' counsel in regards to this Motion as required by Local Rule 6.2 and Plaintiffs' counsel is unopposed to this Motion.

8. That Defendants' counsel requests the trial of this matter be continued for approximately two months or as this Court's docket permits. Defendants' counsel also requests the deadlines in the Scheduling Order be revised to comport with the new trial date if this Court is inclined to grant this Motion.

9. The parties will suffer no prejudice as a result of the grant of this motion or modification of the Scheduling Order. This Motion is not being made at the last minute or on the eve of trial.

10. That the foregoing motion is made in good faith and not for delay or any improper purpose. No brief is being filed herewith pursuant to Local Rule 7.2.

WHEREFORE, the Defendants respectfully request their Motion for a Continuance and Amendment of Scheduling Order be granted and for all other relief this Court finds just and proper.

Respectfully Submitted,

**WESTWIND & ASSOCIATES, INC & MARK ECCLESTON**

By: *Christopher J. Hooks*
Christopher J. Hooks, ABA #2020190
ROBERTSON, BEASLEY, SHIPLEY
& ROBINSON, PLLC
315 North 7TH Street
Fort Smith, AR  72901
Phone: (479) 782-8813
Fax: (479) 785-0254

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on the 7th day of September 2023, a true and correct copy of the above and foregoing was sent via email to the following attorney of record:

Josh Sanford
Daniel Ford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
daniel@sanfordlawfirm.com
josh@sanfordlawfirm.com

By: /s/ Christopher J. Hooks
Christopher J. Hooks