IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK and SHAMUS WATSON,
each individually and on behalf of all others
similarly situated                                                              PLAINTIFFS

V.                                          CASE NO. 2:22-cv-2153

WEST WIND ASSOCIATES, INC. and
MARK ECCLESTON                                                              DEFENDANTS

<u>**AMENDED FINAL SCHEDULING ORDER**</u>

 IT IS HEREBY ORDERED:

**1. TRIAL DATE**

 This case is scheduled for **BENCH TRIAL** in **FORT SMITH, ARKANSAS**, at the call

of the Court during the week of **FEBRUARY 20, 2024, beginning at 9:00 a.m.**  Counsel are

directed to report to **the third-floor Courtroom (Room 310)** at **9:00 a.m.** on the date of trial

unless otherwise notified.

**2. DISCOVERY**

 The deadline for discovery has passed.

**3. MOTIONS**

 The page limitations set out in the Court's initial scheduling order continue to apply.

 The deadline for all motions, except motions in limine has passed. Motions in limine

must be filed on or before **February 6, 2024,** and responses must be filed within seven (7) days

after such motion is filed.  Each party is limited to filing only one (1) motion in limine not to

exceed 15 pages.  All motions in limine must contain a statement that counsel has conferred with

opposing counsel in good faith (see requirements for good-faith effort above) as to each request

1

for relief.  As to each request, the moving party should state whether the opposing party is opposed to the Court granting the relief requested.

4.      **PRETRIAL DISCLOSURE SHEET [FED. R. CIV. P. 26(a)(3)]**

Pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than **January 30, 2024**.  That witnesses and exhibits must be listed on the pretrial information sheet does not relieve a party of the obligation to provide the names of witnesses and exhibits in response to discovery requests.

5.      **DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT**

The proffering party must designate the pertinent portions of a deposition to be used as evidence at trial by **January 30, 2024**.  Counter-designations must be made by **February 6, 2024**.  These designations need not be filed with the Court but should be exchanged by the parties.  Objections to any deposition or videos that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **February 9, 2024**, with the response due **February 13, 2024**.  Depositions to be read or played via video at trial must be marked as exhibits.

PLEASE BE ADVISED: These designations must be made for any and all depositions (whether video or written transcript), or any portion thereof, a party intends to introduce at trial. A failure of the proffering party to appropriately designate a deposition, pared down to pertinent, non-extraneous portions to be used at trial, will likely result in (1) a waiver of objections to the admission of any portion of a deposition that the proffering party has designated for admission and/or (2) exclusion of the deposition, or a portion thereof, from evidence.  Likewise, a failure by any party to counter-designate any portion of a deposition will likely result in exclusion of the non-designated portion of a deposition from trial and waiver of any objection to such exclusion.

Finally, failure by either party to make timely, proper objections to a designated deposition, or any portion thereof, will likely result in a waiver of any objection that might otherwise have been made.

**6.     TRIAL BRIEF AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The parties must simultaneously submit trial briefs and proposed findings of fact and conclusions of law on or before **February 9, 2024**. The trial brief and proposed findings should not be filed with the Clerk but should be submitted directly to chambers. Counsel may submit them electronically to *pkhinfo@arwd.uscourts.gov*. The briefs should discuss any evidentiary issues that are expected to arise and other issues that the Court may need to decide at trial. Reply briefs, if any, must be submitted to the Court on or before **February 13, 2024**. A reply should specify those fact findings proposed by the opposing party that will be controverted at trial.

**7.     INTRODUCTION OF EXHIBITS**

All exhibits must be listed on the attached form in numerical sequence. Exhibits must be made available to all parties and reviewed by counsel prior to the trial date. The lists must be submitted to the Courtroom Deputy at *pkhinfo@arwd.uscourts.gov* **by noon one (1) business day** before the beginning of trial. Counsel are encouraged to stipulate to the admissibility of exhibits to which there is no objection. Any such stipulations should be noted on the exhibit list provided to the Court. The Court will admit stipulated exhibits into evidence at the beginning of trial, and the exhibits may be used at trial without further motion by counsel.

**8.     SETTLEMENT CONFERENCE**

Settlement conferences with the magistrate judge are not mandatory but are available at the parties' request. If the parties would like to request a settlement conference, they should contact

the magistrate judge for the division in which the case is filed by **December 22, 2023,** so that a conference can be promptly scheduled.

9.      **COMMUNICATION WITH COURT ON TRIAL DATE OR SETTLEMENT**

Please   communicate   with   the   Courtroom   Deputy   set   out   below   at *pkhinfo@arwd.uscourts.gov* or by calling 479-783-1466 to ascertain your position on the calendar as the trial date approaches.  In the event of settlement, advise the Courtroom Deputy immediately at the email or phone number set out above. The case will not be removed from the trial docket until a Joint Motion to Dismiss or a Joint Stipulation of Dismissal are filed in the case, and an order of dismissal has been entered.

DATED: September 14, 2023

AT THE DIRECTION OF THE COURT
RONALD E. DOWLING, CLERK OF COURT

By:  *s/Michelle McEntire*

Courtroom Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**


_____   **PLAINTIFF(S)**

      **V.**            **CASE NO. _____**

_____   **DEFENDANT(S)**


      **WITNESS LIST FOR _____**
                                   **(Plaintiff/Defendant)**

| Date | Witness Name | Via Deposition |
|------|--------------|----------------|
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |

| Date | Witness Name | Via Deposition |
|------|--------------|----------------|
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

      **PLAINTIFF(S)**

**_____**

**V.**

**CASE NO. _____**

**_____**

      **DEFENDANT(S)**

**EXHIBIT LIST _____**
**(Plaintiff/Defendant)**

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Rec'd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |