IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL BUCK and SHAMUS WATSON,
each individually and on behalf of all others
similarly situated                                                                                          PLAINTIFFS

v.                                         Case No. 2:22-cv-2153

WEST WIND ASSOCIATES, INC. and
MARK ECCLESTON                                                                                        DEFENDANTS

## ORDER SETTING SETTLEMENT CONFERENCE

This case has been referred to the undersigned for a settlement conference. All parties and their lead counsel are hereby **ORDERED TO APPEAR (via Zoom videoconference)** before the undersigned, at **10:00 a.m.** on **Wednesday, December 20, 2023**. An insured party shall appear by a representative of the insurer with the complete authority to agree to a settlement up to the policy limits. An uninsured corporate party shall appear by a representative authorized to agree to a settlement.

Each party shall, before arriving at the settlement conference, ascertain in good faith the best settlement proposal that such party can make and be prepared, if asked by the undersigned, to communicate that settlement proposal to the undersigned in confidence. If no settlement discussions have taken place, the court encourages an exchange of demands and offers prior to the settlement conference.

Each party in this case shall provide to the undersigned, **in confidence**, at **MEFsettle@arwd.uscourts.gov**, a concise settlement statement **no later than five (5) days prior to the conference**. The statement shall contain a brief statement of the claims and defenses, a brief statement of the evidence which the party expects to produce at trial, an itemized statement of damages claimed or relief sought, and a description of settlement discussions to date.

The purpose of the settlement conference is to precipitate settlement of this case, if that is appropriate. It will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the undersigned in confidence will be kept confidential by him, and will not be disclosed to any other party, or to the trial judge.

At the settlement conference the parties, by counsel, shall give a brief (5 to 10 minute) presentation outlining the factual and legal highlights of their case. Then separate, confidential caucuses will be held with each party and the party's representative(s).

The request for parties' personal appearance is intended to increase the efficiency and effectiveness of the settlement conference by reducing the time for communication of offers and expending the ability to explore options for settlement.

**All parties and attorneys are to be aware the settlement conference will continue until adjourned by the undersigned. The parties and attorneys should arrange their schedules accordingly.**

If a party has a conflict with the scheduled time, please promptly notify Stephanie Clark, Courtroom Deputy, via e-mail, at **MEFsettle@arwd.uscourts.gov**. In the event of settlement prior to the conference date, the court should be advised by notifying Ms. Clark at the above e-mail address or at **479.709.5445**.

An attorney, who is convinced, after evaluating the case and discussing the benefits of settlement with his/her client, that there is little or no chance of settling and that the conference will be a waste of time to all concerned, is to provide a separate letter to the court and opposing counsel expressing his/her opinion in the matter and citing reasons for that opinion. The letter shall be sent via e-mail to **MEFsettle@arwd.uscourts.gov**.

Dated: September 29, 2023

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE