IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DARRELL BUCK and**                                               **PLAINTIFFS**
**SHAMUS WATSON**

vs.                   **Case No. 2:22-cv-2153-PKH**

**WESTWIND AND ASSOCIATES, INC.**                         **DEFENDANT**
**and MARK ECCLESTON**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW and Darrell Buck and Shamus Watson (collectively "Plaintiffs"), by and through their undersigned counsel and Westwind and Associates, Inc and Mark Eccleston (collectively "Defendants") for their Joint Stipulation of Dismissal With Prejudice, hereby states as follows:

1. Plaintiffs brought this action against the Defendants alleging violations of the minimum wage, overtime and retaliation provisions of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §201 *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), §11-4-201 *et seq.*

2. After extended arms-length negotiations in which Plaintiffs and Defendants were represented by counsel, the Plaintiffs and Defendants reached a mutually acceptable Settlement Agreement that resolves all claims in this litigation. Plaintiffs and Defendants believe this Agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The Parties file this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The Parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

/s/ *Sean Short*
Sean Short ABA 2015079
Josh Sanford ABA 2001037
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
501-904-1650
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com
ATTORNEYS FOR PLAINTIFFS

AND

/s/ *Christopher J. Hooks*
Christopher J. Hooks, ABA #2020190
Robertson, Beasley, Shipley
& Robinson, PLLC
315 N. 7th Street
Fort Smith, AR 72901
479-782-8813
479-785-0254 (fax)
chooks@rbsr-attorneys.com
ATTORNEY FOR DEFENDANTS