IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DARRELL BUCK, et al**             **PLAINTIFF**

v.        NO. 2:22-cv-2153

**WEST WIND AND ASSOCIATES, INC, et al**        **DEFENDANT**

### CLERK'S ORDER OF DISMISSAL

On this 23rd day of January 2024, the parties hereto having filed a stipulation of dismissal (Doc 43) pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                                               AT THE DIRECTION OF THE COURT
                                               RONALD E. DOWLING, COURT CLERK

                                               BY: *Michelle McEntire*
                                                                Deputy Clerk